**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **JAMESON TAYLOR ANDERSON,** | ) | |
| **ROBERT DEAN ANDERSON, and** | ) | **Civil Action File No.** |
| **ROGER MALDONADO,** | ) | |
| | ) | **1:19-cv-05582-SCJ** |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **USI ADVANTAGE CORP. and** | ) | |
| **USI INSURANCE SERVICES, LLC** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**AMENDED NOTICE OF NON-PARTY SUBPOENAS**

Defendant USI Insurance Services, LLC amends the Notice of Non-Party

Subpoenas it filed on December 24, 2019 [Doc. 13] for the limited purpose of

clarifying, as reflected on the Subpoenas themselves [Doc. 13, pp. 4-27] that USI

Insurance Services, LLC was the party that served those Subpoenas.   USI

Advantage Corp. was not a party that served the Subpoenas.

Respectfully submitted this 26th day of December, 2019.

**PARKER HUDSON RAINER & DOBBS LLP**

s/ Jared C. Miller
Nancy H. Baughan

Georgia Bar No. 042575
Jared C. Miller
Georgia Bar No. 142219
Matthew M. Weiss
Georgia Bar No. 718795
303 Peachtree Street, NE, Suite 3600
Atlanta, Georgia 30303
Phone: (404) 523-5300
Fax: (404) 522-8409
E-mail:    nbaughan@phrd.com
               jmiller@phrd.com
               mweiss@phrd.com

*Attorneys for USI Insurance Services LLC*

# CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **AMENDED NOTICE OF NON-PARTY SUBPOENAS** upon all parties to this matter by electronically filing a copy of same with the Court's CM/ECF system, which will automatically send an electronic copy to the following counsel of record:

> Warren R. Hall, Jr., Esq.
> Wayne M. Cartwright, Esq.
> Hall, Gilligan, Roberts & Shanlever, LLP
> 3340 Peachtree Road – Suite 1900
> Atlanta, Georgia 30326

This 26th day of December, 2019.

> s/ Jared C. Miller
> Jared C. Miller