UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMESON TAYLOR ANDERSON, ROBERT DEAN ANDERSON, and ROGER MALDONADO, <br><br> Plaintiffs, <br><br> v. <br><br> USI ADVANTAGE CORP. and USI INSURANCE SERVICES, LLC <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action File No. <br><br> 1:19-cv-05582-SCJ |

## NOTICE OF NON-PARTY SUBPOENA

Pursuant to Federal Rule of Civil Procedure 45(a)(4), please take notice that Defendant USI Insurance Services, LLC will be serving the attached subpoena on non-party Genesys Aerosystems Group, Inc.

Respectfully submitted this 3rd day of January, 2020.

                                         **PARKER HUDSON RAINER & DOBBS LLP**

                                         s/ Jared C. Miller
                                         Nancy H. Baughan
                                         Georgia Bar No. 042575
                                         Jared C. Miller
                                         Georgia Bar No. 142219
                                         Matthew M. Weiss
                                         Georgia Bar No. 718795

- 2 -

        303 Peachtree Street, NE, Suite 3600
        Atlanta, Georgia 30303
        Phone: (404) 523-5300
        Fax: (404) 522-8409
        E-mail:    nbaughan@phrd.com
                        jmiller@phrd.com
                        mweiss@phrd.com

        *Attorneys for USI Insurance Services LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing **NOTICE OF NON-PARTY SUBPOENA** upon all parties to this matter by electronically filing a copy of same with the Court's CM/ECF system, which will automatically send an electronic copy to the following counsel of record:

> Warren R. Hall, Jr., Esq.
> Wayne M. Cartwright, Esq.
> Hall, Gilligan, Roberts & Shanlever, LLP
> 3340 Peachtree Road – Suite 1900
> Atlanta, Georgia 30326

This 3rd day of January, 2020.

> *s/ Jared C. Miller*
> Jared C. Miller