# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAMESON TAYLOR ANDERSON, ROBERT DEAN ANDERSON, and ROGER MALDONADO, <br><br> Plaintiffs, <br><br> v. <br><br> USI ADVANTAGE CORP. and USI INSURANCE SERVICES, LLC, <br><br> Defendants. | Civil Action File No. <br><br> 1:19-cv-05582-SCJ |

### ORDER GRANTING USI ADVANTAGE CORP.'S MOTION TO STAY CERTAIN PRETRIAL DEADLINES

Having considered USI Advantage Corp.'s Motion to Stay Certain Pretrial Deadlines, the Motion to Stay is **GRANTED**.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

(1) USI Advantage's obligation to serve initial disclosures and to file a Joint Preliminary Planning Report and Discovery Plan is stayed while the Court considers and until the Court rules upon the pending Motions to Dismiss filed by USI Advantage (Docs. 22 and 23);

(2) USI Advantage's obligation to participate in a Rule 26(f) conference is stayed;

(3) Should the Court deny both Motions to Dismiss (Docs. 22 and 23), USI Advantage's obligation to participate in a Rule 26(f) conference is stayed until sixteen (16) days after USI Advantage files an answer to Plaintiffs' Verified Complaint; and

(4) Should the Court deny both Motions to Dismiss (Docs. 22 and 23), USI Advantage's obligation to serve initial disclosures and to file a Joint Preliminary Planning Report and Discovery Plan is stayed until thirty (30) days after USI Advantage files an answer to Plaintiffs' Verified Complaint.

**IT IS SO ORDERED** this 13th day of February, 2020.

s/Steve C. Jones
**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**