# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAMESON TAYLOR ANDERSON, ROBERT DEAN ANDERSON, and ROGER MALDONADO,<br><br>Plaintiffs,<br><br>v.<br><br>USI ADVANTAGE CORP. and USI INSURANCE SERVICES, LLC,<br><br>Defendants. | Civil Action File No.<br><br>1:19-cv-05582-SCJ |

## SUPPLEMENTAL DECLARATION OF ROBERT ALLEN

Pursuant to 28 U.S.C. § 1746, I, Robert Allen, do hereby declare under penalty of perjury that the following is true and correct:

1. My name is Robert Allen. I am over the age of 18, fully competent to testify to the matters stated in this Declaration, and have personal knowledge regarding these matters.

2. I am a Property & Casualty Practice Leader in the Atlanta office of USI Insurance Services LLC ("USI"). I make this declaration in support of USI's Motion for Preliminary Injunction and for all other purposes permitted by law.

3. USI continues to receive notifications that certain of USI's clients with whom Plaintiffs previously worked while employed by USI have changed their broker of record from USI to the Southeast Series of Lockton Companies, LLC (the "Lockton Companies").

4. On February 26, 2020, USI received a broker of record change letter dated February 25, 2020, providing notice that Midwest Transit Equipment. ("MTE") is transferring its insurance brokerage business away from USI to the Lockton Companies. A true and correct copy of MTE's broker of record change letter is attached hereto as Exhibit A. MTE is an affiliate of Brightwater Partners. The "authorized representative" of MTE who signed the February 25, 2020 BOR letter is David Sosa. Mr. Sosa was one of the recipients of Taylor Anderson's December 9, 2019 email, which USI did not authorize Mr. Anderson to send, notifying clients of his departure from USI, a true and correct copy of which is attached to my December 18, 2019 Declaration as Exhibit J. Roger Maldonado similarly sent his December 9, 2019 email, which USI did not authorize Mr. Maldonado to send, notifying USI's clients of his departure from USI to multiple representatives of a different affiliate of Brightwater Partners. A true and correct copy of Mr. Maldonado's email was attached to my December 18, 2019 Declaration as Exhibit I.

5. If the Plaintiffs are not enjoined from their unfair and unlawful competition, USI will continue to suffer continuing, additional, and irreparable harm.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 5, 2020.

_____
Robert Allen
P&C Practice Leader, USI Insurance Services LLC

# EXHIBIT A



February 25, 2020

Re:   Broker of Record Designation
      Midwest Transit Equipment

To Whom it May Concern:

Effective immediately, we hereby appoint Lockton Companies as our exclusive insurance broker, representing us for any and all property/casualty (including executive liability) lines of insurance and bonds. The appointment of Lockton Companies rescinds all previous appointments, and the authority contained herein shall remain in full force until canceled in writing.  Further, this letter constitutes our desire to waive any subsequent option for a period of potential rescission of this authority.  No rescission shall be granted, and this authority shall take place immediately.

Lockton Companies is hereby authorized to negotiate directly with any and all interested insurance companies, including incumbents, as respects the implementation of all property/casualty, executive liability lines of insurance coverage and bonds for Midwest Transit Equipment and/or any of its subsidiary companies. Lines of coverage include but are not limited to the following. Broker of record letter applies to the policy numbers and any renewal or replacement policies:

- 1/01/2020, Travelers Insurance
- Property Policy: Policy #:  630-4K103321-TIL-20, Effective:  1/1/2020, Travelers Insurance
- Workers Compensation Policy #: UB4K146578, Effective: 1/1/2020, Travelers Insurance
- Umbrella Policy: Policy#:  CUP-8L675438-20, Effective: 1/1/2020, Travelers Insurance
- Flood Policy: Policy #:  3002122623, Effective:  4/29/2019, Auto Owners
- Excess Flood Policy: Policy #:  30060586, Effective 4/29/2019, Lexington
- Pollution Liability Policy: Effective 1/1/2020, Ironshore
- Executive Risk Policy including D&O, Employment Practices Liability, Crime Policy: Policy#: 8251-6855, Effective:  6/30/2019, Chubb
- Excess D&O Policy:  Policy#:  003661001, Effective: 6/30/2019, lronshore
- Surety Bonds:  North American Specialty Insurance Co

This letter also constitutes your authority to furnish Lockton Companies representatives with all information they may request as it pertains to our insurance contracts, policies, rates, fees, claims, reserves, utilization reports, and all other financial data they may wish to obtain to complete their analysis of our present and future requirements in connection with this insurance program.

Lockton Companies shall not be responsible for any transaction, including but not limited to, unearned commissions and/or errors & omissions arising out of the placement of the above captioned policy that preceded this letter of authority.

Sincerely,

David Sosa
Authorized Representative
Midwest Transit Equipment
cc:     Manoj Sharma – Lockton Companies, LLC