# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAMESON TAYLOR ANDERSON, ROBERT DEAN ANDERSON, and ROGER MALDONADO, </br></br>Plaintiffs, </br></br>v. </br></br>USI ADVANTAGE CORP. and USI INSURANCE SERVICES, LLC, </br></br>Defendants. | Civil Action File No. </br></br>1:19-cv-05582-SCJ |

## SUPPLEMENTAL DECLARATION OF ROBERT ALLEN

Pursuant to 28 U.S.C. § 1746, I, Robert Allen, do hereby declare under penalty of perjury that the following is true and correct:

1. My name is Robert Allen. I am over the age of 18, fully competent to testify to the matters stated in this Declaration, and have personal knowledge regarding these matters.

2. I am a Property & Casualty Practice Leader in the Atlanta office of USI Insurance Services LLC ("USI"). I make this declaration in further support of USI's Motion for Preliminary Injunction and for all other purposes permitted by law.

3. USI continues to receive notifications that certain of USI's clients with whom Plaintiffs previously worked while employed by USI have changed their broker of record from USI to the Southeast Series of Lockton Companies, LLC (the "Lockton Companies").

4. On March 23, 2020, USI received a broker of record change letter providing notice that one of USI's clients, Go2 Weapons, Inc. ("Go2 Weapons"), is transferring its insurance brokerage business away from USI to the Lockton Companies. A true and correct copy of Go2 Weapons's broker of record change letter is attached hereto as Exhibit A. The representative of Go2 Weapons who signed the broker of record change letter, Richard McCourt, was one of the recipients of Taylor Anderson's December 9, 2019 email, which USI did not authorize Mr. Anderson to send, notifying clients of his departure from USI, a true and correct copy of which is attached to my December 18, 2019 Declaration as Exhibit J.

5. On March 16, 2020, USI received notice from Fred Tavoleti, the President of Floats and Fuel Cells, Inc. and FFC Services, Inc., that his companies are switching their insurance brokerage business from USI. A true and correct copy of an email that USI received from Mr. Tavoleti on March 16, 2020 providing notice of this switch, is attached hereto as Exhibit B. Mr. Tavoleti was

one of the recipients of Dean Anderson's December 9, 2019 email, which USI did not authorize Mr. Anderson to send, notifying clients of his departure from USI, a true and correct copy of which is attached to my December 18, 2019 Declaration as Exhibit K.

6. On April 6, 2020, USI received a broker of record change letter, dated April 3, 2020, providing notice that one of USI's clients, World Class Jet, LLC d/b/a Leviate Jet Management ("Leviate"), is transferring its insurance brokerage business away from USI to the Lockton Companies. A true and correct copy of Leviate's broker of record change letter is attached hereto as Exhibit C. Taylor Anderson and Dean Anderson both sent their December 9, 2019 emails, which USI did not authorize them to send, notifying clients of their departures from USI to representatives of Leviate. *See* Exhibits J and K to my December 18, 2019 Declaration.

7. If the Plaintiffs are not enjoined from their unfair and unlawful competition, USI will continue to suffer continuing, additional, and irreparable harm.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 6, 2020.

_[signature]_

Robert Allen
P&C Practice Leader, USI Insurance Services LLC

# EXHIBIT A

# Rob Allen

| | |
|---|---|
| **From:** | Ericka Rankin |
| **Sent:** | Monday, March 23, 2020 7:13 PM |
| **To:** | Tiffaney Middleton; Rob Allen; Clark Johnson |
| **Subject:** | FW: Go2 Weapons, Inc. - USA-4271019 |
| **Attachments:** | Signed BORS -Go 2 Weapons.pdf |

All,

Attached is a BOR for Go2 Weapons appointing Lockton as their new broker of record. This was one of Taylor's accounts that was transferred to the Select team.



**ERICKA RANKIN**
Commercial Lines Manager
USI Insurance Services
3475 Piedmont Rd, Suite 800, Atlanta, GA 30305
470.875.0421 | c: 678.637.0646 | f: 610.537.1929
ericka.rankin@usi.com | www.usi.com



EXPERIENCE THE USI ONE ADVANTAGE®
   Our Approach to Delivering Client Solutions ► Watch Video

*Please note that you may not rely on email communication to us to report a claim or to give us instructions to place, bind, change or terminate coverage unless we have subsequently confirmed to you in writing that we have received your message and will be taking the action you have requested.*

*Confidentiality Notice: The information contained in this email message including any attachments is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient and have received this communication in error, please contact the sender by reply email and destroy all copies of the original message. Thank You.*

**From:** Connor Gorham <connor.gorham@amwins.com>
**Sent:** Monday, March 23, 2020 1:42 PM
**To:** Ericka Rankin <ericka.rankin@usi.com>
**Subject:** Go2 Weapons, Inc. - USA-4271019

**CAUTION:**
This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. If you suspect the email is not legitimate or a phishing email, please forward it as an attachment to SPAM or contact the Service Desk at x88888.

Hi Maggie,

Please see the attached BOR letter for the captioned insured. You have 5 business days to provide a rescinding letter. Please let me know if you have any questions.

Thank you,

Connor Gorham
Small Business Broker| AmWINS Access Insurance Services, LLC
T 704.973.4158 | Connor.Gorham@amwins.com
4725 Piedmont Row Drive | Suite 600 | Charlotte, NC 28210 | amwins.com

An AmWINS Group Company
California License #0I18107

ON YOUR TEAM.
*We're more than your partner, we're on your team.*

**Requests for Loss Runs may be sent to** lossruns.access@amwins.com

This e-mail and any attachments may contain information that is privileged or confidential and is meant solely for the use of person(s) to whom it was intended to be addressed. If you have received this e-mail by mistake, or you are not the intended recipient, you are not authorized to read, print, keep, copy or distribute this message, attachments, or any part of the same. If you have received this email in error, please immediately inform the author and permanently delete the original, all copies and any attachments of this email from your computer. Thank you amwins.com



# Go2 Weapons, Inc.

1650 Chaffee Drive
Titusville, FL 32780
321.567.7270

December 27, 2019

Re: Broker of Record Designation
Go2 Weapons Inc.
1650 Chaffee Drive
Titusville, FL 34780

To Whom it May Concern:

Effective immediately, we hereby appoint Lockton Companies as our exclusive insurance broker, representing us for any and all property/casualty (including executive liability) lines of insurance and bonds. The appointment of Lockton Companies rescinds all previous appointments, and the authority contained herein shall remain in full force until canceled in writing. Further, this letter constitutes our desire to waive any subsequent option for a period of potential rescission of this authority. No rescission shall be granted and this authority shall take place immediately.

Lockton Companies is hereby authorized to negotiate directly with any and all interested insurance companies, including incumbents, as respects the implementation of all property/casualty, executive liability lines of insurance coverage and bonds for Go2 Weapons Inc. and/or any of its subsidiary companies. Lines of coverage include but are not limited to:

- Property, Inland Marine, Marine, and Flood
- Liability (Including General Liability, Products Liability, Aviation Liability, Auto Liability, Garage Liability)
- Open Lot
- Workers Compensation
- International Property and Casualty, including Defense Base Act
- Umbrella/Excess Liability
- Executive Liability/Management Liability (Including D&O, Employment Practices Liability, Fiduciary, Crime, Kidnap and Ransom, Errors and Omissions Liability)

This letter also constitutes your authority to furnish Lockton Companies representatives with all information they may request as it pertains to our insurance contracts, policies, rates, fees, claims, reserves, utilization reports, and all other financial data they may wish to obtain to complete their analysis of our present and future requirements in connection with this insurance program.

Lockton Companies shall not be responsible for any transaction, including but not limited to, unearned commissions and/or errors & omissions arising out of the placement of the above captioned policy that preceded this letter of authority.

Sincerely,

Rick McCourt

cc: Manoj Sharma – Lockton Companies, LLC

# EXHIBIT B

| | |
|---|---|
| From: | Vernon O'Neal <vernon.oneal@usi.com> |
| Sent: | Wednesday, March 18, 2020 7:50 PM |
| To: | Rob Allen; Clark Johnson; REDACTED |
| Subject: | Fwd: [SUSPICIOUS]RE: Message from FLOATS&FUELCELL (+19018427144) |



Begin forwarded message:

**From:** Fred Tavoleti <ftavoleti@ffcfuelcells.com>
**Date:** March 16, 2020 at 10:07:14 AM EDT
**To:** Vernon O'Neal <vernon.oneal@usi.com>
**Subject: [SUSPICIOUS]RE: Message from FLOATS&FUELCELL (+19018427144)**

Vernon,

I have thought about this more and I sincerely appreciate your offer but at this time we are going to make the move to Dean.

Please stay in touch, as I have always enjoyed our conversations and your insight on various issues extending outside of insurance.

As I stated on the phone I am thankful for what you have done for us in the past and we may do business again in the future. Over the years I have wondered in my mind if we should possibly go out for bid but never have. Maybe over the next year or two it may be the thing to do as I now have a relationship at two different companies.

Best regards,

Fred G. Tavoleti
President
Floats and Fuel Cells, Inc.
FFC Services, Inc.
4010 Pilot Drive, Suit 103
Memphis, TN 38118
901 842 7110

Follow us on twitter.

```
The information transmitted is intended
only for the person or entity to which it
is addressed and may contain confidential
and/or privileged material.  Any review,
retransmission, dissemination or other use
of, or taking of any action in reliance
upon, this information by persons or
entities other than the intended recipient
is prohibited.  If you received this in
error, please contact the sender and delete
the material from any computer.
```

**From:** Vernon O'Neal <vernon.oneal@usi.com>
**Sent:** Friday, March 13, 2020 10:29 AM
**To:** Fred Tavoleti <ftavoleti@ffcfuelcells.com>
**Subject:** Fwd: Message from FLOATS&FUELCELL (+19018427144)

Just left u message

Vernon O'Neal
+1 770-329-9338
Sent from my iPhone

Begin forwarded message:

> **From:** Cisco Unity Connection Messaging System <unityconnection@usivm001.usii.com>
> **Date:** March 13, 2020 at 11:11:44 AM EDT

This e-mail and any files transmitted with it may contain confidential and/or privileged material. This e-mail is intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient or have received this e-mail in error, please notify the sender by replying to the sender. After notifying the sender of the error, you should immediately delete this e-mail from your system. Please be aware that any unauthorized disclosure, dissemination, distribution, duplication or use of the e-mail contents or any attachments therein is strictly prohibited.

This e-mail and any files transmitted with it may contain confidential and/or privileged material. This e-mail is intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient or have received this e-mail in error, please notify the sender by replying to the sender. After notifying the sender of the error, you should immediately delete this e-mail from your system. Please be aware that any unauthorized disclosure, dissemination, distribution, duplication or use of the e-mail contents or any attachments therein is strictly prohibited.

# EXHIBIT C



April 3, 2020

Re: Broker of Record Designation
Leviate Air Group
World Class Jet, LLC dba Leviate Jet Management

To Whom it May Concern:

Effective immediately, we hereby appoint Lockton Companies as our exclusive insurance broker, representing us for any and all property/casualty (including executive liability) lines of insurance and bonds. The appointment of Lockton Companies rescinds all previous appointments, and the authority contained herein shall remain in full force until canceled in writing. Further, this letter constitutes our desire to waive any subsequent option for a period of potential rescission of this authority. No rescission shall be granted and this authority shall take place immediately.

Lockton Companies is hereby authorized to negotiate directly with any and all interested insurance companies, including incumbents, as respects the implementation of all property/casualty, executive liability lines of insurance coverage and bonds for Leviate Air Group, World Class Jet, LLC, Leviate Jet Management and/or any of its subsidiary companies. Lines of coverage include but are not limited to:

- Aviation Liability and Hull
- Workers Compensation
- Bonds
- Property, Inland Marine, Marine, and Flood
- Liability (Including General Liability, Products Liability, Aviation Liability, Auto Liability, Garage Liability)
- International Property and Casualty, including Defense Base Act
- Umbrella/Excess Liability
- Executive Liability/Management Liability (Including D&O, Employment Practices Liability, Fiduciary, Crime, Kidnap and Ransom, Errors and Omissions Liability)

This letter also constitutes your authority to furnish Lockton Companies representatives with all information they may request as it pertains to our insurance contracts, policies, rates, fees, claims, reserves, utilization reports, and all other financial data they may wish to obtain to complete their analysis of our present and future requirements in connection with this insurance program.

Lockton Companies shall not be responsible for any transaction, including but not limited to, unearned commissions and/or errors & omissions arising out of the placement of the above captioned policy that preceded this letter of authority.

Sincerely,

Steven Randall Mize
Leviate Air Group
1700 Pacific Ave, Ste 4600
Dallas, TX 75201

cc: Manoj Sharma – Lockton Companies, LLC

1700 Pacific Ave Suite 4600
Dallas, TX 75201                                                                                              www.leviateair.com