IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMESON TAYLOR ANDERSON, DEAN ANDERSON, and ROGER MALDONADO,<br><br>    Plaintiffs,<br><br>v.<br><br>USI ADVANTAGE CORP. and USI INSURANCE SERVICES LLC,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br><br>1:19-CV-5582-SCJ |

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties (Doc. No. [48]), the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified.

Limited discovery commenced on **DECEMBER 20, 2019** when the Court granted Defendant USI Insurance Services LLC's motion to expedite discovery on a limited and focused basis.  Doc. No. [12].  The unabridged discovery period commenced on **JANUARY 17, 2020** (thirty days after the appearance of the first defendant by answer to the complaint).

The parties' requested for extended discovery (outside of the assigned four-month discovery track) is granted.  Discovery shall remain open until **JUNE 20, 2020**.  Any requests for additional discovery extensions shall be by motion.

The parties' additional scheduling request regarding dispositive motions is granted.  To this regard, dispositive motions, *if any*, shall be filed no later than **JULY 31, 2020**.  Provided, however, that if the Court grants any extensions to the discovery period beyond the discovery close date of June  20, 2020, the deadline for dispositive motions shall be pursuant to Local Rules 7.2 and 16.4 and any motions for summary judgment or the proposed consolidated pretrial order must be filed within thirty days of the close of discovery.

If a motion for summary judgment is filed, the proposed consolidated pretrial order must be filed within thirty days after this Court's ruling thereon.

2

If neither motion(s) for summary judgment nor the proposed pretrial order are timely filed, the Clerk is directed to submit this matter for the Court for consideration.

The parties' request to modify the case style (Doc. No. [48], p. 16) is also granted and the Clerk is **DIRECTED** to amend the case-style to change the name of the second defendant to "USI Insurance Services LLC" (with no comma in the name).

**IT IS SO ORDERED** this 21st day of April, 2020.

> s/Steve C. Jones
> **HONORABLE STEVE C. JONES**
> **UNITED STATES DISTRICT JUDGE**