## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JAMESON TAYLOR ANDERSON, ROBERT DEAN ANDERSON, and ROGER MALDONADO, </br></br>   Plaintiffs, </br></br>   v. </br></br> USI ADVANTAGE CORP. and USI INSURANCE SERVICES, LLC, </br></br>   Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **Civil Action File No.** </br></br> **1:19-cv-05582-SCJ** |

### STIPULATION OF DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST USI ADVANTAGE CORP. WITH PREJUDICE AND MOTION TO DISMISS USI ADVANTAGE CORP.

Plaintiffs Jameson Taylor Anderson, Robert Dean Anderson, and Roger Maldonado ("Plaintiffs") and Defendants USI Insurance Services LLC ("USI") and USI Advantage Corp. ("USI Advantage"), by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all claims against USI Advantage with prejudice, with Plaintiffs and USI Advantage to bear their own costs and attorneys' fees. *See Jackson v. Equifax Info. Servs., LLC*, No. CV 119-096, 2020 U.S. Dist. LEXIS 14991, at *3-4 (S.D. Ga. Jan. 29, 2020)

(concluding that Fed. R. Civ. P. 41 is appropriate for dismissing all claims against one defendant, even if other claims remain as between other parties).  The Plaintiffs, USI, and USI Advantage constitute all of the parties that have appeared in this case. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Alternatively, all of the parties who have appeared in the case jointly move pursuant to Fed. R. Civ. P. 41(a)(2) and Fed. R. Civ. P. 21 for the Court to enter an order dismissing with prejudice all claims asserted by Plaintiffs against USI Advantage.

The dismissal is limited to Plaintiffs' claims against USI Advantage only. Plaintiffs' claims against USI and USI's counterclaims against Plaintiffs are unaffected by this stipulation of dismissal (and, in the alternative, motion for dismissal).  Plaintiffs hereby withdraw the jurisdictional discovery requests served on USI Advantage in this matter on January 21 and 31, 2020.

Accordingly, all parties who have appeared in this case stipulate to the dismissal with prejudice of Plaintiffs' claims against USI Advantage, and only USI Advantage.  In the alternative the parties move for an order of dismissal.  The claims and counterclaims between and among the Plaintiffs and USI remain pending.

Respectfully submitted this 1st day of June, 2020.

| | |
|---|---|
| **PARKER HUDSON RAINER & DOBBS LLP** | **HALL, GILLIGAN, ROBERS & SHANLEVER, LLP** |
| *s/ Jared C. Miller* | *s/ Warren R. Hall, Jr.* |
| Nancy H. Baughan | Warren R. Hall, Jr. |
| Georgia Bar No. 042575 | Georgia Bar No. 319405 |
| Jared C. Miller | whall@hgrslaw.com |
| Georgia Bar No. 142219 | Wayne M. Cartwright |
| Julie A. Wood | Georgia Bar No. 257328 |
| Georgia Bar No. 023749 | wcartwright@hgrslaw.com |
| Matthew M. Weiss | 3340 Peachtree Road – Suite 1900 |
| Georgia Bar No. 718795 | Atlanta, Georgia 30326 |
| 303 Peachtree Street, NE, Suite 3600 | T: 404-442-8776 |
| Atlanta, Georgia 30303 | F: 404-537-5555 |
| Phone: (404) 523-5300 | |
| Fax: (404) 522-8409 | *Attorneys for Plaintiffs Jameson Taylor Anderson, Robert Dean Anderson, and Roger Maldonado* |
| E-mail:  nbaughan@phrd.com | |
|             jmiller@phrd.com | |
|             jwood@phrd.com | |
|             mweiss@phrd.com | |

*Attorneys for Defendants USI Advantage Corp. and USI Insurance Services LLC*