UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMESON TAYLOR ANDERSON, ROBERT DEAN ANDERSON, and ROGER MALDONADO,<br><br>Plaintiffs,<br><br>v.<br><br>USI INSURANCE SERVICES LLC,<br><br>Defendant. | **CONSOLIDATED CASES PURSUANT TO FED. R. CIV. P. 42**<br><br>Civil Action File No.<br><br>1:19-cv-05582-SCJ |
| USI INSURANCE SERVICES LLC,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHEAST SERIES OF LOCKTON COMPANIES, LLC,<br><br>Defendant. | Civil Action File No.<br><br>1:20-cv-02490-SCJ |

## SCHEDULING ORDER

This matter is before the Court upon the Joint Motion for Entry of Scheduling Order (the "Joint Motion") filed by all parties to these consolidated cases, specifically USI Insurance Services LLC, Jameson Taylor Anderson,

1

Robert Dean Anderson, Roger Maldonado, and Southeast Series of Lockton Companies, LLC.  Having reviewed the Joint Motion, based on the consent of all parties to these consolidated cases, and for good cause shown, the Court **GRANTS** the Joint Motion and sets the following schedule, applicable to the consolidated discovery period in these two cases:

      1.    Plaintiffs Jameson Taylor Anderson, Robert Dean Anderson, and Roger Maldonado (collectively, "Plaintiffs") may not serve any new requests for production, interrogatories, or subpoenas for documents on Defendant USI Insurance Services LLC ("USI") after **August 3, 2020**, unless it pertains to: (i) business that is transferred away from USI after August 1, 2020; or (ii) documents that are newly produced or newly identified in depositions, or new information revealed in depositions.  Similarly, USI may not serve any new requests for production, interrogatories, or subpoenas for documents on Plaintiffs after **August 3, 2020**, unless it pertains to: (i) business that is transferred away from USI after August 1, 2020; or (ii) documents newly produced or newly identified in depositions, or new information revealed in depositions.  Notwithstanding the foregoing, either Plaintiffs or USI may serve written discovery requests on each other relating to new discovery requests served between July 27, 2020, and August 3, 2020, but any such requests must be served no later than **August 7, 2020**.

2. All document productions relating to discovery requests served prior to July 24, 2020 in Case No. 1:19-cv-05582-SCJ ("the 2019 Case") shall be completed by **August 24, 2020**. All document productions relating to discovery requests served after July 24, 2020 in Case No. 1:19-cv-05582-SCJ shall be completed within the time permitted by law.

3. Discovery in Case No. 1:20-cv-02490-SCJ ("the 2020 Case") opened on **July 29, 2020**.

4. The parties may begin taking depositions in the consolidated discovery period for the 2019 Case No. and the 2020 Case starting on **September 10, 2020**.

5. Discovery in the consolidated discovery period for the 2019 Case and the 2020 Case shall close on **December 7, 2020**. All discovery must be completed on or before this date.

6. Unless agreed to by all parties, USI must seek leave of Court if it seeks to take more than 10 depositions (total in the combined cases), and Plaintiffs and Southeast Series of Lockton Companies, LLC must seek leave of Court if they collectively seek to take more than 10 depositions (total in the combined cases). The parties reserve their respective positions regarding the number of depositions in this matter and reserve the right to move the Court for additional depositions,

and to oppose any such request.

7.      Any dispositive motion in the 2019 Case or the 2020 Case must be filed by the later of thirty (30) days after the close of discovery or (due to the holidays in December and January) **January 15, 2021**.

**SO ORDERED** this 4th day of August, 2020.

 s/Steve C. Jones  
The Honorable Steve C. Jones  
United States District Judge