UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMESON TAYLOR ANDERSON, ROBERT DEAN ANDERSON, and ROGER MALDONADO,<br><br>Plaintiffs,<br><br>v.<br><br>USI INSURANCE SERVICES LLC,<br><br>Defendant. | **CONSOLIDATED CASES PURSUANT TO FED. R. CIV. P. 42**<br><br>Civil Action File No.<br><br>1:19-cv-05582-SCJ |
| USI INSURANCE SERVICES LLC,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHEAST SERIES OF LOCKTON COMPANIES, LLC,<br><br>Defendant. | Civil Action File No.<br><br>1:20-cv-02490-SCJ |

**[PROPOSED] ORDER REGARDING DEPOSITIONS, DISCOVERY, AND DISPOSITIVE MOTIONS**

This matter is before the Court upon the Joint Motion for Entry of Order Regarding Depositions, Discovery, and Dispositive Motions (the "Joint Motion") filed by all parties to these consolidated cases, specifically USI Insurance Services

1

LLC, Jameson Taylor Anderson, Robert Dean Anderson, Roger Maldonado, and Southeast Series of Lockton Companies, LLC.  Having reviewed the Joint Motion, based on the consent of all parties to these consolidated cases, and for good cause shown, the Court **GRANTS** the Joint Motion and **ORDERS** the following:

1. This Order modifies the Court's August 4, 2020 Scheduling Order. Doc. 150 in Case No. 1:19-cv-05582-SCJ and Doc. 23 in Case No. 1:20-cv-02490-SCJ and the Court's October 28, 2020 Order Regarding Depositions Doc. 161 in Case No. 1:19-cv-05582-SCJ and Doc. 44 in Case No. 1:20-cv-02490-SCJ.  Except as expressly amended by this Order the referenced Orders remain in full force and effect.

2. Depositions may be scheduled pursuant Federal Rule of Civil Procedure 29 after the December 7, 2020 close of discovery through and including December 23, 2020.  This Order does not preclude other agreements between counsel under Rule 29.

3. Motions to compel discovery must be filed no later than December 23, 2020.  *

4. Dispositive motions must be filed by February 1, 2021.

**SO ORDERED** this 23rd day of November, 2020.

                                                          s/Steve C. Jones
                                            The Honorable Steve C. Jones
                                            United States District Judge

*Regarding Motions to Compel Discovery, the parties are directed to comply with the INSTRUCTIONS FOR CASES ASSIGNED TO THE HONORABLE STEVE C. JONES as to discovery disputes.