UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMESON TAYLOR ANDERSON, ROBERT DEAN ANDERSON, and ROGER MALDONADO, <br><br>Plaintiffs, <br><br>v. <br><br>USI INSURANCE SERVICES LLC, <br><br>Defendant. | **CONSOLIDATED CASES PURSUANT TO FED. R. CIV. P. 42** <br><br>Civil Action File No. <br><br>1:19-cv-05582-SCJ |
| USI INSURANCE SERVICES LLC, <br><br>Plaintiff, <br><br>v. <br><br>SOUTHEAST SERIES OF LOCKTON COMPANIES, LLC, <br><br>Defendant. | Civil Action File No. <br><br>1:20-cv-02490-SCJ |

**ORDER EXTENDING DISPOSITIVE MOTION AND OTHER DEADLINES**

This matter is before the Court upon the Joint Motion to Extend Dispositive Motion and other Deadlines Given Certain Discovery Issues (the "Joint Motion") filed by all parties to these consolidated cases, specifically USI Insurance Services

1

LLC ("USI"), Jameson Taylor Anderson, Robert Dean Anderson, Roger Maldonado, and Southeast Series of Lockton Companies, LLC ("Lockton"). Having reviewed the Joint Motion, based on the consent of all parties to these consolidated cases, and for good cause shown, the Court **GRANTS** the Joint Motion and **ORDERS** the following:

1. The Court extends the deadline for the filing of any dispositive motions until thirty (30) days after the competition of the depositions of Manoj Sharma of Lockton and the deposition of Lockton pursuant to Fed. R. Civ. P. 30(b)(6), which shall be completed within the time specified in Doc. 188-1 ¶ 3 in Case No. 1:19-cv-05582-SCJ and Doc. 68-1 ¶ 3 in Case No. 1:20-cv-02490-SCJ.

2. Once that deposition is completed, the parties shall notify the Court and submit a Proposed Order establishing the specific deadline by which dispositive motions must be filed.

3. The Court further modifies certain deadlines regarding expert discovery as follows:

    a. Deadline to depose USI's expert:     February 5, 2021

    b. Deadline for Plaintiffs or Lockton to designate counter experts: February 12, 2021

    c. Deadline to depose counter experts:    March 30, 2021.

4. All remaining deadlines in this matter shall remain unchanged.

**SO ORDERED** this 20th day of January, 2021.

                                            s/Steve C. Jones
                                          The Honorable Steve C. Jones
                                          United States District Judge