UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMESON TAYLOR ANDERSON, ROBERT DEAN ANDERSON, and ROGER MALDONADO,<br><br>Plaintiffs,<br><br>v.<br><br>USI INSURANCE SERVICES LLC,<br><br>Defendant. | <u>CONSOLIDATED CASES PURSUANT TO FED. R. CIV. P. 42</u><br><br>Civil Action File No.<br><br>1:19-cv-05582-SCJ |
| USI INSURANCE SERVICES LLC,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHEAST SERIES OF LOCKTON COMPANIES, LLC,<br><br>Defendant. | Civil Action File No.<br><br>1:20-cv-02490-SCJ |

<u>ORDER ESTABLISHING
DISPOSITIVE MOTION DEADLINES</u>

This matter is before the Court upon the Joint Motion to Establish Dispositive Motion Deadlines (the "Joint Motion") filed by all parties to these

1

consolidated cases, specifically USI Insurance Services LLC ("USI"), Jameson Taylor Anderson, Robert Dean Anderson, Roger Maldonado, and Southeast Series of Lockton Companies, LLC ("Lockton").  Having reviewed the Joint Motion, based on the consent of all parties to these consolidated cases, and for good cause shown, the Court **GRANTS** the Joint Motion and **ORDERS** the following:

1.  All dispositive motions shall be filed no later than **Friday, August 13, 2021**.

2.  Responses to any dispositive motion shall be filed no later than **Friday, September 10, 2021.**

3.  Reply Briefs in support of any dispositive motion shall be filed no later than **Friday, October 1, 2021.**

**SO ORDERED** this __6th_____ day of July, 2021.

                                                                s/Steve C. Jones

                                                                The Honorable Steve C. Jones
                                                                United States District Judge