# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAMESON TAYLOR ANDERSON, ROBERT DEAN ANDERSON, and ROGER MALDONADO,<br><br>Plaintiffs,<br><br>v.<br><br>USI INSURANCE SERVICES LLC,<br><br>Defendant. | <u>CONSOLIDATED CASES PURSUANT TO FED. R. CIV. P. 42</u><br><br>Civil Action File No.<br><br>1:19-cv-05582-SCJ |
| USI INSURANCE SERVICES LLC,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHEAST SERIES OF LOCKTON COMPANIES, LLC,<br><br>Defendant. | Civil Action File No.<br><br>1:20-cv-02490-SCJ |

## JOINT MOTION FOR ENTRY OF SCHEDULING ORDER

USI Insurance Services LLC, Jameson Taylor Anderson, Robert Dean Anderson, Roger Maldonado, and Southeast Series of Lockton Companies, LLC, which constitute all parties to these consolidated cases, having conferred and reached an agreement on a schedule following the recently completed mediation, move the Court for entry of a Scheduling Order as follows:

1.      These two cases are consolidated pursuant to the Court's July 21, 2020 Order.  *See* Doc. No. 143 in Case No. 1:19-CV-5582-SCJ ("2019 Case"); Doc. No. 5 in Case No. 1:20-cv-2490 ("2020 Case").

2.      The parties have completed fact discovery in these cases.

3.      Pursuant to Federal Rule of Civil Procedure 29, the parties jointly stipulated that discovery related to the amount of punitive damages and attorneys' fees and costs would be deferred until after the close of fact discovery and after the resolution of the parties' motions for summary judgment.  *See* 2019 Case, Doc. No. 179; 2020 Case, Doc. No. 62.

4.      On December 9, 2020, the Court entered the parties' proposed order and approved the parties' stipulation regarding punitive damages and attorneys' fees.  *See* 2019 Case, Doc. No. 184; 2020 Case, Doc. No. 63.  The Court's Order provides:

> The parties agree that both parties have timely sought discovery relevant to the amount of potential punitive damages and attorneys' fees and costs that could be recovered by the parties in this action. To promote judicial efficiency, the parties have agreed to postpone discovery related to the amount of punitive damages and/or attorneys' fees that may be awarded in this case until after the Court rules on dispositive motions. After any such ruling, the parties will meet and confer in order to agree to a schedule to obtain such discovery still applicable before any trial of the case.

*Id.*

5. On March 29, 2022, the Court ruled upon the parties' cross motions for summary judgment. *See* 2019 Case, Doc. No. 286; 2020 Case, Doc. No. 174. The Court's Order stayed the case and ordered the parties to attend a mediation. *See* 2019 Case, Doc. No. 286, p. 52; 2020 Case, Doc. No. 174, p. 50.

6. On May 12, 2022, the parties mediated this case before Magistrate Judge Fuller. The mediation, however, did not result in a settlement.

7. Accordingly, the parties now need to complete discovery regarding punitive damages and attorneys' fees prior to the submission of a pre-trial order and prior to the trial of the case.

8. Following the mediation, the parties conferred and jointly agree upon the following schedule:

- September 30, 2022 – Deadline to complete discovery regarding punitive damages and attorneys' fees and costs

- November 18, 2022 – Deadline to file consolidated pretrial order.

9. The parties respectfully request that the Court enter an Order adopting this schedule. A proposed Order is attached for the Court's consideration.

Respectfully submitted this 18th day of May, 2022.

| PARKER HUDSON RAINER & DOBBS LLP | HALL, GILLIGAN, ROBERTS & SHANLEVER, LLP |
|---|---|
| */s/ Nancy H. Baughan* <br> Nancy H. Baughan | */s/ Warren R. Hall [with express permission]* |

| | |
|---|---|
| Georgia Bar No. 042575<br>Jared C. Miller<br>Georgia Bar No. 142219<br>Julie A. Wood<br>Georgia Bar No. 023749<br>Matthew M. Weiss<br>Georgia Bar No. 718795<br>303 Peachtree Street, NE, Suite 3600<br>Atlanta, Georgia 30303<br>Telephone: (404) 523-5300<br>Fax: (404) 522-8409<br>nbaughan@phrd.com<br>jmiller@phrd.com<br>jwood@phrd.com<br>mweiss@phrd.com<br><br>*Attorneys for USI Insurance Services LLC* | Warren R. Hall<br>Georgia Bar No. 319405<br>Elizabeth M. Newton<br>Georgia Bar No. 975191<br>Wayne M. Cartwright<br>Georgia Bar No. 257328<br>3340 Peachtree Road – Suite 1900<br>Atlanta, Georgia 30326<br>Telephone: (404) 442-8776<br>Fax: (404) 537-5555<br>whall@hgrslaw.com<br>enewton@hgrslaw.com<br>wcartwright@hgrslaw.com<br><br>*Attorneys for Jameson Taylor Anderson, Robert Dean Anderson, and Roger Maldonado* |

**WARGO & FRENCH LLP**

*/s/ David M. Pernini [with express permission]*
Joseph D. Wargo
Georgia Bar No. 738764
David M. Pernini
Georgia Bar No. 572399
999 Peachtree Street, NE
26th Floor
Atlanta, Georgia 30309
Telephone: (404) 853-1500
Fax: (404) 853-1501
jwargo@wargofrench.com
dpernini@wargofrench.com

*Attorneys for Southeast Series of Lockton Companies, LLC*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAMESON TAYLOR ANDERSON, ROBERT DEAN ANDERSON, and ROGER MALDONADO,<br><br>Plaintiffs,<br><br>v.<br><br>USI INSURANCE SERVICES LLC,<br><br>Defendant. | **CONSOLIDATED CASES PURSUANT TO FED. R. CIV. P. 42**<br><br>Civil Action File No.<br><br>1:19-cv-05582-SCJ |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **JOINT MOTION FOR ENTRY OF SCHEDULING ORDER** upon all parties to this matter by electronically filing a copy of same with the Court's CM/ECF system, which will automatically send an electronic copy to the following counsel of record:

>Warren R. Hall, Esq.
>Elizabeth M. Newton, Esq.
>Wayne M. Cartwright, Esq.
>Hall, Gilligan, Roberts & Shanlever, LLP
>3340 Peachtree Road – Suite 1900
>Atlanta, Georgia 30326
>whall@hgrslaw.com
>enewton@hgrslaw.com
>wcartwright@hgrslaw.com

Joseph D. Wargo, Esq.
David M. Pernini, Esq.
Wargo & French LLP
999 Peachtree Street, NE
26th Floor
Atlanta, Georgia 30309
jwargo@wargofrench.com
dpernini@wargofrench.com

This 18th day of May, 2022.

                                       */s/ Nancy H. Baughan*
                                       Nancy H. Baughan