UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMESON TAYLOR ANDERSON, ROBERT DEAN ANDERSON, and ROGER MALDONADO,<br><br>Plaintiffs,<br><br>v.<br><br>USI INSURANCE SERVICES LLC,<br><br>Defendant. | Civil Action File No.<br><br>1:19-cv-05582-VMC |

**JOINT MOTION TO DISMISS CLAIMS
RELATING TO STOCK PURCHASE AGREEMENT**

Plaintiffs Jameson Taylor Anderson ("Taylor Anderson"), Robert Dean Anderson, and Roger Maldonado (collectively, "Plaintiffs") and Defendant USI Insurance Services LLC ("USI") jointly submit this clarification and, to the extent necessary, move the Court to dismiss Plaintiffs' claims relating to the Stock Purchase Agreement entered between Taylor Anderson and USI Advantage Corp. ("USI Advantage"). In support of this Joint Motion, the parties state as follows:

1. Plaintiffs originally filed this action against both USI and its affiliate USI Advantage Corp. *See* Doc. 1-1.

2. Plaintiffs' claims against USI Advantage arose under a Restricted Stock Award Agreement ("Stock Agreement") between Taylor Anderson and USI

1

Advantage. *See* Doc. 1-1 ¶¶ 1, 87-96, 119-134; Doc. 1-2, pp. 109-118. In their Complaint, Plaintiffs sought to challenge the enforceability of certain restrictions in the Stock Agreement and sought declaratory and injunctive relief relating to those restrictions. *Id.*

3. On June 1, 2020, the parties stipulated to the dismissal with prejudice of all claims filed against USI Advantage and to the dismissal of USI Advantage from this action. *See* Doc. 125.

4. On June 2, 2020, the Clerk approved the dismissal of USI Advantage and entered a docket entry of dismissal as to USI Advantage.

5. Thereafter, USI remained the only Defendant in this case.

6. Accordingly, in their respective summary judgment submissions, the parties did not address any of the claims pertaining to USI Advantage or the Stock Agreement.

7. In its Order on the parties' cross-motions for summary judgment, the Court stated as follows:

> In the Complaint, Plaintiffs allege that the New York Forum Selection and Choice of Law Provisions contained in the Stock Purchase Agreement are unenforceable. Compl. at ¶87 [1-1]. These provisions were not addressed in USI's motion for summary judgment as to Plaintiffs' claims and it is not entirely clear to the Court if these allegations were encompassed in the stipulation of dismissal of USI Advantage Corporation and the withdrawal of Plaintiffs' request for jurisdictional discovery [125]. Nevertheless, in

the interest of caution, the counts seeking declaratory and injunctive relief as to these provisions will be listed as part of the remaining claims at the conclusion of this order.

Doc. 286 at 48 n.12. The Court further stated that: "The following claims remain pending:

- Plaintiffs' claims for declaratory and injunctive relief with regard to the New York Forum Selection and Choice of Law provisions contained in the Stock Purchase Agreement; …[.]"

Doc. 286 at 51.

8.   The parties now jointly clarify that all of Plaintiffs' claims related to the Stock Agreement were directed to USI Advantage only and were encompassed by the prior stipulation of dismissal filed at Doc. 125.

9.   Accordingly, the parties now request an Order clarifying that all of Plaintiffs' claims pertaining to the Stock Purchase Agreement have been and are hereby dismissed with prejudice.

10.  A proposed Order is attached for the Court's consideration.

Respectfully submitted this 19th day of May, 2022.

| | |
|---|---|
| **PARKER, HUDSON, RAINER & DOBBS LLP** | **HALL, GILLIGAN, ROBERTS & SHANLEVER LLP** |
| /s/ Jared C. Miller<br>Nancy H. Baughan<br>Georgia Bar No. 042575<br>Jared C. Miller<br>Georgia Bar No. 142219<br>Julie A. Wood<br>Georgia Bar No. 023749<br>Matthew M. Weiss<br>Georgia Bar No. 718795<br>303 Peachtree Street, N.E., Suite 3600<br>Atlanta, Georgia 30308<br>Telephone:   404-523-5300<br>Facsimile:   404-522-8409<br>E-mail:  nbaughan@phrd.com<br>            jmiller@phrd.com<br>            jwood@phrd.com<br>            mweiss@phrd.com<br><br>*Counsel for USI Insurance Services LLC* | /s/ Warren R. Hall (with express permission)<br>Warren R. Hall<br>Georgia Bar No. 319405<br>Wayne M. Cartwright<br>Georgia Bar No. 257328<br>Elizabeth M. Newton<br>Georgia Bar No. 975191<br>3340 Peachtree Road – Suite 1900<br>Atlanta, Georgia 30326<br>Telephone: 404-442-8776<br>Facsimile: 404-537-5555<br>E-mail: whall@hgrslaw.com<br>            wcartwright@hgrslaw.com<br>            enewton@hgrslaw.com<br><br>*Counsel for Jameson Taylor Anderson, Robert Dean Anderson, and Roger Maldonado* |

# CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **JOINT MOTION TO DISMISS CLAIMS RELATING TO STOCK PURCHASE AGREEMENT** upon all parties to this matter by electronically filing a copy of same with the Court's CM/ECF system, which will automatically send an electronic copy to the following counsel of record:

>Warren R. Hall, Esq.
>Elizabeth M. Newton, Esq.
>Wayne M. Cartwright, Esq.
>Hall, Gilligan, Roberts & Shanlever, LLP
>3340 Peachtree Road – Suite 1900
>Atlanta, Georgia 30326
>whall@hgrslaw.com
>enewton@hgrslaw.com
>wcartwright@hgrslaw.com

This 19th day of May, 2022.

>/s/ Jared C. Miller_____
>Jared C. Miller

5