UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMESON TAYLOR ANDERSON, ROBERT DEAN ANDERSON, and ROGER MALDONADO,<br><br>Plaintiffs,<br><br>v.<br><br>USI INSURANCE SERVICES LLC,<br><br>Defendant. | CONSOLIDATED CASES PURSUANT TO FED. R. CIV. P. 42<br><br>Civil Action File No.<br><br>1:19-cv-05582-SCJ |
| USI INSURANCE SERVICES LLC,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHEAST SERIES OF LOCKTON COMPANIES, LLC,<br><br>Defendant. | Civil Action File No.<br><br>1:20-cv-02490-SCJ |

## SCHEDULING ORDER

This matter is before the Court upon the parties' Joint Motion for Entry of Scheduling Order filed by all parties to these consolidated cases. Having reviewed the Joint Motion, based on the consent of all parties to these consolidated cases,

1

and for good cause shown, the Court **GRANTS** the Joint Motion and **ORDERS** the following:

1. Discovery regarding punitive damages and attorneys' fees and costs is open immediately and shall be completed by no later than September 30, 2022.

2. The parties shall submit their proposed consolidated pretrial order by November 18, 2022.

**SO ORDERED** this 19th day of May, 2022.

The Honorable Victoria Calvert
United States District Judge