UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMESON TAYLOR ANDERSON, ROBERT DEAN ANDERSON, and ROGER MALDONADO,<br><br>Plaintiffs,<br><br>v.<br><br>USI INSURANCE SERVICES LLC,<br><br>Defendant. | **CONSOLIDATED CASES PURSUANT TO FED. R. CIV. P. 42**<br><br>Civil Action File No.<br><br>1:19-cv-05582-SCJ |
| USI INSURANCE SERVICES LLC,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHEAST SERIES OF LOCKTON COMPANIES, LLC,<br><br>Defendant. | Civil Action File No.<br><br>1:20-cv-02490-SCJ |

**CERTIFICATE OF SERVICE**

Pursuant to Local Rules 5.4 and 26.3, I hereby certify that on September 28, 2022, I served the following documents:

- **USI INSURANCE SERVICES LLC'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANT SOUTHEAST SERIES OF LOCKTON COMPANIES, LLC'S FIRST INTERROGATORIES AS IT RELATES TO USI'S CLAIM FOR**

**ATTORNEYS' FEES AND EXPENSES OF LITIGATION; and**

- **USI INSURANCE SERVICES LLC'S THIRD SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST INTERROGATORIES AND FIRST SUPPLEMENTAL RESPONSES AND OBJECTIONS TO THE ANDERSONS' SECOND INTERROGATORIES AS IT RELATES TO USI'S CLAIM FOR ATTORNEYS' FEES AND EXPENSES OF LITIGATION**

upon all counsel of record in this action by sending an e-mail with copies thereof to the counsel listed below at the email addresses listed below and by causing copies of same to be deposited in the U.S. Mail, proper postage prepaid, addressed as follows:

> Joseph D. Wargo, Esq.
> David M. Pernini, Esq.
> Brandon Parrish, Esq.
> Wargo, French & Singer LLP
> 999 Peachtree Street, NE, 26th Floor
> Atlanta, Georgia 30309
> jwargo@wargofrench.com
> dpernini@wargofrench.com
> bparrish@wargofrench.com

and

Warren R. Hall, Esq.

>Wayne M. Cartwright, Esq.
>Elizabeth M. Newton, Esq.
>3340 Peachtree Road – Suite 1900
>Atlanta, Georgia 30326
>whall@hgrslaw.com
>wcartwright@hgrslaw.com
>enewton@hgrslaw.com

Respectfully submitted this 28th day of September, 2022.

>**PARKER, HUDSON, RAINER & DOBBS LLP**
>
>/s/ Jared C. Miller
>Nancy H. Baughan
>Georgia Bar No. 042575
>Jared C. Miller
>Georgia Bar No. 142219
>Julie A. Wood
>Georgia Bar No. 023749
>Matthew M. Weiss
>Georgia Bar No. 718795
>303 Peachtree Street, N.E., Suite 3600
>Atlanta, Georgia 30308
>Telephone:   404-523-5300
>Facsimile:   404-522-8409
>E-mail: nbaughan@phrd.com
>           jmiller@phrd.com
>           jwood@phrd.com
>           mweiss@phrd.com
>
>*Counsel for USI Insurance Services LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **CERTIFICATE OF SERVICE** upon all parties to this matter by electronically filing a copy of same with the Court's CM/ECF system, which will automatically send an electronic copy to the following counsel of record:

> Warren R. Hall, Esq.
> Elizabeth M. Newton, Esq.
> Wayne M. Cartwright, Esq.
> Hall, Gilligan, Roberts & Shanlever, LLP
> 3340 Peachtree Road – Suite 1900
> Atlanta, Georgia 30326
> whall@hgrslaw.com
> enewton@hgrslaw.com
> wcartwright@hgrslaw.com
>
> Joseph D. Wargo, Esq.
> David M. Pernini, Esq.
> Brandon Parrish, Esq.
> Wargo, French & Singer LLP
> 999 Peachtree Street, NE
> 26th Floor
> Atlanta, Georgia 30309
> jwargo@wargofrench.com
> dpernini@wargofrench.com
> bparrish@wargofrench.com

This 28th day of September, 2022.

/s/ Jared C. Miller
Jared C. Miller