UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMESON TAYLOR ANDERSON, ROBERT DEAN ANDERSON, and ROGER MALDONADO, <br><br> Plaintiffs, <br><br> v. <br><br> USI INSURANCE SERVICES LLC, <br><br> Defendant. | **CONSOLIDATED CASES PURSUANT TO FED. R. CIV. P. 42** <br><br> Civil Action File No. <br><br> 1:19-cv-05582-VMC |
| USI INSURANCE SERVICES LLC, <br><br> Plaintiff, <br><br> v. <br><br> SOUTHEAST SERIES OF LOCKTON COMPANIES, LLC, <br><br> Defendant. | Civil Action File No. <br><br> 1:20-cv-02490- VMC |

**CERTIFICATE OF SERVICE**

Pursuant to Local Rules 5.4 and 26.3, I hereby certify that on September 30, 2022, I served the following document:

- **USI INSURANCE SERVICES LLC'S AMENDED SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANT SOUTHEAST SERIES OF LOCKTON COMPANIES, LLC'S FIRST INTERROGATORIES AS IT RELATES TO USI'S CLAIM FOR**

## ATTORNEYS' FEES AND EXPENSES OF LITIGATION

upon all counsel of record in this action by sending an e-mail with copies thereof to the counsel listed below at the email addresses listed below and by causing copies of same to be deposited in the U.S. Mail, proper postage prepaid, addressed as follows:

>Joseph D. Wargo, Esq.
>David M. Pernini, Esq.
>Brandon Parrish, Esq.
>Wargo, French & Singer LLP
>999 Peachtree Street, NE, 26th Floor
>Atlanta, Georgia 30309
>jwargo@wargofrench.com
>dpernini@wargofrench.com
>bparrish@wargofrench.com

>and

>Warren R. Hall, Esq.
>Wayne M. Cartwright, Esq.
>Elizabeth M. Newton, Esq.
>3340 Peachtree Road – Suite 1900
>Atlanta, Georgia 30326
>whall@hgrslaw.com
>wcartwright@hgrslaw.com
>enewton@hgrslaw.com

Respectfully submitted this 30th day of September, 2022.

> **PARKER, HUDSON, RAINER & DOBBS LLP**
>
> /s/ Jared C. Miller
> Nancy H. Baughan

                Georgia Bar No. 042575
                Jared C. Miller
                Georgia Bar No. 142219
                Julie A. Wood
                Georgia Bar No. 023749
                Matthew M. Weiss
                Georgia Bar No. 718795
                303 Peachtree Street, N.E., Suite 3600
                Atlanta, Georgia 30308
                Telephone:  404-523-5300
                Facsimile:   404-522-8409
                E-mail: nbaughan@phrd.com
                        jmiller@phrd.com
                        jwood@phrd.com
                        mweiss@phrd.com

*Counsel for USI Insurance Services LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **CERTIFICATE OF SERVICE** upon all parties to this matter by electronically filing a copy of same with the Court's CM/ECF system, which will automatically send an electronic copy to the following counsel of record:

> Warren R. Hall, Esq.
> Elizabeth M. Newton, Esq.
> Wayne M. Cartwright, Esq.
> Hall, Gilligan, Roberts & Shanlever, LLP
> 3340 Peachtree Road – Suite 1900
> Atlanta, Georgia 30326
> whall@hgrslaw.com
> enewton@hgrslaw.com
> wcartwright@hgrslaw.com
>
> Joseph D. Wargo, Esq.
> David M. Pernini, Esq.
> Brandon Parrish, Esq.
> Wargo, French & Singer LLP
> 999 Peachtree Street, NE
> 26th Floor
> Atlanta, Georgia 30309
> jwargo@wargofrench.com
> dpernini@wargofrench.com
> bparrish@wargofrench.com

This 30th day of September, 2022.

/s/ Jared C. Miller
Jared C. Miller