# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAMESON TAYLOR ANDERSON, ROBERT DEAN ANDERSON, and ROGER MALDONADO,<br><br>Plaintiffs,<br><br>v.<br><br>USI INSURANCE SERVICES LLC,<br><br>Defendant. | <u>**CONSOLIDATED CASES PURSUANT TO FED. R. CIV. P. 42**</u><br><br>Civil Action File No.<br><br>1:19-cv-05582-VMC |
| USI INSURANCE SERVICES LLC,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHEAST SERIES OF LOCKTON COMPANIES, LLC,<br><br>Defendant. | Civil Action File No.<br><br>1:20-cv-02490-VMC |

**JOINT MOTION TO EXTEND PRETRIAL ORDER DEADLINE**

USI Insurance Services LLC, Jameson Taylor Anderson, Robert Dean Anderson, Roger Maldonado, and Southeast Series of Lockton Companies, LLC, which constitute all parties to these consolidated cases, having conferred, jointly move the Court to extend the deadline for the parties to submit a proposed consolidated pretrial order. In support of this Joint Motion, the parties state as follows:

1. One May 19, 2022, the Court entered a Scheduling Order, upon the parties' joint request, setting a schedule for the parties to complete discovery on punitive damages and attorneys' fees issues and setting November 18, 2022 as the deadline for the parties to submit a proposed consolidated pretrial order. *See* Case No. 1:19-cv-05582-VMC, Doc. 293; Case No. 1:20-cv-02490-VMC, Doc. 181.

2. The parties recently completed discovery on punitive damages and attorneys' fees issues.

3. All parties believe that an extension of the deadline for the parties to file a proposed consolidated pretrial order is appropriate and would be beneficial given the high volume of discovery in this case, which will make preparation of the pretrial order more time-consuming, and given several other commitments by counsel in the months of October and November, including an international arbitration scheduled in November for lead counsel for USI.

4. Given the above factors, and other scheduling conflicts in December and the holidays, all parties now jointly request that the deadline for the parties to submit a proposed consolidated pretrial order be extended to January 13, 2023.

5. This is the first extension requested of this deadline.

6. A proposed order is attached for the Court's consideration.

Respectfully submitted this 21st day of October, 2022.

| PARKER HUDSON RAINER & DOBBS LLP | HALL, GILLIGAN, ROBERTS & SHANLEVER, LLP |
|---|---|
| /s/ Jared C. Miller_____<br>Nancy H. Baughan<br>Georgia Bar No. 042575<br>Jared C. Miller<br>Georgia Bar No. 142219<br>Julie A. Wood<br>Georgia Bar No. 023749<br>Matthew M. Weiss<br>Georgia Bar No. 718795<br>303 Peachtree Street, NE, Suite 3600<br>Atlanta, Georgia 30303<br>Telephone: (404) 523-5300<br>Fax: (404) 522-8409<br>nbaughan@phrd.com<br>jmiller@phrd.com<br>jwood@phrd.com<br>mweiss@phrd.com<br><br>*Attorneys for USI Insurance Services LLC* | /s/ Warren R. Hall_____<br>(with express permission)<br>Warren R. Hall<br>Georgia Bar No. 319405<br>Elizabeth M. Newton<br>Georgia Bar No. 975191<br>Wayne M. Cartwright<br>Georgia Bar No. 257328<br>3340 Peachtree Road – Suite 1900<br>Atlanta, Georgia 30326<br>Telephone: (404) 442-8776<br>Fax: (404) 537-5555<br>whall@hgrslaw.com<br>enewton@hgrslaw.com<br>wcartwright@hgrslaw.com<br><br>*Attorneys for Jameson Taylor Anderson, Robert Dean Anderson, and Roger Maldonado* |

**WARGO & FRENCH LLP**

/s/ David M. Pernini_____
(with express permission)
Joseph D. Wargo
Georgia Bar No. 738764
David M. Pernini
Georgia Bar No. 572399
999 Peachtree Street, NE
26th Floor
Atlanta, Georgia 30309
Telephone: (404) 853-1500
Fax: (404) 853-1501
jwargo@wargofrench.com

dpernini@wargofrench.com

*Attorneys for Southeast Series of Lockton Companies, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **JOINT MOTION TO EXTEND PRETRIAL ORDER DEADLINE** upon all parties to this matter by electronically filing a copy of same with the Court's CM/ECF system, which will automatically send an electronic copy to the following counsel of record:

> Warren R. Hall, Esq.
> Elizabeth M. Newton, Esq.
> Wayne M. Cartwright, Esq.
> Hall, Gilligan, Roberts & Shanlever, LLP
> 3340 Peachtree Road – Suite 1900
> Atlanta, Georgia 30326
> whall@hgrslaw.com
> enewton@hgrslaw.com
> wcartwright@hgrslaw.com
>
> Joseph D. Wargo, Esq.
> David M. Pernini, Esq.
> Brandon Parrish, Esq.
> Wargo & French LLP
> 999 Peachtree Street, NE
> 26th Floor
> Atlanta, Georgia 30309
> jwargo@wargofrench.com
> dpernini@wargofrench.com
> bparrish@wfslaw.com

This 21st day of October, 2022.

/s/ Jared C. Miller
Jared C. Miller