# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| JAMESON TAYLOR ANDERSON, ROBERT DEAN ANDERSON, and ROGER MALDONADO, <br><br> Plaintiffs, <br><br> v. <br><br> USI INSURANCE SERVICES LLC, <br><br> Defendant. | **CONSOLIDATED CASES** <br> **PURSUANT TO FED. R. CIV. P. 42** <br><br> **Civil Action File No.** <br><br> **1:19-cv-05582-VMC** |
| USI INSURANCE SERVICES LLC, <br><br> Plaintiff, <br><br> v. <br><br> SOUTHEAST SERIES OF LOCKTON COMPANIES, LLC, <br><br> Defendant. | **Civil Action File No.** <br><br> **1:20-cv-02490-VMC** |

## [PROPOSED] ORDER

This matter is before the Court upon the parties' Joint Motion to Extend Pretrial Order Deadline filed by all parties to these consolidated cases. Having reviewed the Joint Motion, based on the consent of all parties to these consolidated

cases, and for good cause shown, the Court **GRANTS** the Joint Motion and **ORDERS** that the parties shall submit a proposed consolidated pretrial order by January 13, 2023.

 **SO ORDERED** this __ day of October, 2022.

 _____
 The Honorable Victoria Calvert
 United States District Judge