**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JAMESON TAYLOR ANDERSON, ROBERT DEAN ANDERSON, and ROGER MALDONADO, <br><br> Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> USI INSURANCE SERVICES LLC, <br><br> Defendant and Counterclaim Plaintiff. | <u>CONSOLIDATED CASES PURSUANT TO FED. R. CIV. P. 42</u> <br><br> Civil Action File No. <br><br> 1:19-cv-05582-VMC |
| USI INSURANCE SERVICES LLC, <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> SOUTHEAST SERIES OF LOCKTON COMPANIES, LLC, <br><br> Defendant and Counterclaim Plaintiff. | Civil Action File No. <br><br> 1:20-cv-02490-VMC |

**<u>DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS</u>**

Jameson Taylor Anderson ("Taylor Anderson"), Robert Dean Anderson ("Dean Anderson"), and Roger Maldonado ("Maldonado") (collectively, "The

Former Employees") and Southeast Series of Lockton Companies, LLC ("Lockton")

respectfully submit the proposed *Voir Dire* questions.:

## I.   <u>General Qualifying Questions:</u>

Jurors will identify themselves and answer the following questions at the

beginning of the Voir Dire process:

1.   State your name.

2.   (a) In what city and county do you live? (b) How long have you lived

there? (c) What was your previous county of residence and how long

did you live there?

3.   (a) Are you employed? (b) If so, tell us what kind of work you do –

whether you work for someone else or are you self-employed? (c) If

you work for someone else, for whom do you work? (d) If you are

retired, what kind of work did you do before you retired. (e) Tell us

briefly where else you have worked in the last twelve years.

4.   (a) Are you married? (b) If so, is your spouse employed outside the

home? If so, what kind of work does your spouse do and who is her

employer?

5.   (a) Do you have children? (b) If so, tell us their ages. (c) If they are

employed, tell us who they work for and what kind of work they do.

6.      What is your educational background?

7.      Have you ever served on a jury before? If so: (a) When? (b) Where?

        (c) What type of case? (d) Were you the foreperson? (e) Have you

        ever served on a jury that deadlocked and could not reach a verdict?

8.      Have you ever served on a grand jury before? (a) Were you the

        foreperson?

9.      Did you ever serve in the military? If so, state the branch and years of

        service.

10.     Have you ever been a party to a lawsuit other than a suit for divorce or

        child custody?

## II.   <u>**Case-Specific Questions**</u>[1]

<u>General Employment Background</u>:

1.      What is your current employment?

        a. How long have you been employed by your current employer?

        b. How many different employers have you had over the past 10

        years?

---

[1]      In addition to these preliminary questions, Defendants request that the Court
permit all appropriate follow-up question to particular juror responses.

2.      What is the longest amount of time you have stayed with a single

        employer?

3.      Have you ever worked in a sales position?

        a. If so, did you develop long term relationships with your customers

        or clients?

4.      Have you ever changed jobs to go to work for a competitor of your

        old employer?

        a. If so, could you please describe your experience with switching

        employers?

5.      Have you ever had a job that required you to sign an employment

        agreement or other type of contract? If so, please describe.

6.      Have you or a family member ever worked a job that required you to

        sign a contract that restricted your work activities after you left that

        place of employment? If so, please describe. Did you think that was

        fair?

7.      Have you ever owned your own business? If so, please describe.

        a. Have you ever had an employee leave and go to work for a

        competitor? If so, please describe.

8.      Have you ever had a job in which you had hiring or firing

        responsibility? If so, please describe.

9.      If you were an employer or a manager, have you ever had an

        employee leave without notice? If so, please describe.

10.     If you were an employer or a manager, have you ever had an

        employee leave in a way that you believed breached a contract?

11.     If you were an employer or manager, have you ever had clients leave

        with the employee?

12.     Have you ever worked in HR or human resources? If so, please

        describe.

13.     Do any of you believe that companies do not act fairly when soliciting

        potential employees from competitors? If so, please describe.

14.     Do any of you believe that companies should not recruit new

        employees from their competitors? If so, please describe.

15.     Does anyone here think it is improper for employees to leave without

        giving sufficient notice to the employer? If so, please describe.

16.     Has anyone here ever been negatively affected by a co-worker or

        employee that resigned without providing the proper advanced notice,

        such as a 2 week notice or 60 day notice? If so, please describe.

17.     Does anyone here think that employees should be required to give the proper advanced notice when leaving a job? If so, please describe.

18.     Has anyone here ever worked for a company that sued some of its former employees? If so, please describe.

Social Questions:

19.     How long have you lived in Northern Georgia?

20.     Do you belong to any clubs, groups, or volunteer organizations?

21.     What are your primary sources of news as between television, internet, radio, newspapers, magazines, or other sources?

22.     Have you ever had a business relationship with someone who changed jobs?  Did you keep your relationship with the person, or did you stay with the company even though the person left?

Knowledge of / Involvement in Legal Process:

23.     Have you ever worked in a law firm or in the legal field, or do you have any legal training or experience? If so, please describe.

24.     Have you, or someone close to you, ever been involved in a lawsuit?

        a. As a plaintiff or defendant?

        b. What type of case?

        c. When?

d. Were you satisfied with the outcome?

25. Do you have any opinions or feelings about lawyers or the legal system that could affect your ability to be fair and impartial in this case? If so, please describe.

26. Do you feel that someone who brings a lawsuit must have been injured and should be compensated? If so, please describe.

27. Do you think that because someone has been sued that they probably did something wrong? If so, please describe.

28. Do you have any strong feelings that juries generally award too much, too little, or just the right amount of damages to plaintiffs in cases? a. If so, what is your opinion?

29. In a lawsuit involving employees and their former employer, would anyone here start off favoring the former employer? If so, please describe.

Knowledge of / Involvement in Insurance Industry:

30. Have you or a family member ever worked at an insurance agency or brokerage firm? If so, please describe.

31.   Do you have any feelings about people or businesses that are involved in the insurance business that would influence your ability to be fair and impartial in this case? If so, please describe.

32.   Have you ever held a job that involved purchasing insurance or doing risk management work? If so, please describe.

33.   Do you have/have you ever had a close relationship with your insurance representative? If so, please describe.

34.   Do you have any opinions or feelings about sales people that could affect your ability to be fair and impartial in a case that concerned people who were involved in sales? If so, please describe.

Knowledge of / Involvement in the Parties and Law Firms & Miscellaneous

35.   Have you ever worked for or had any business dealings with any of the following individuals or companies?

a.  USI Insurance Services, LLC.

b. Southeast Series of Lockton Companies, LLC

c. Taylor Anderson

d. Dean Anderson

e. Roger Maldonado

f. Parker Hudson Rainer & Dobbs, LLP

g. Hall, Gilligan, Roberts & Shanlever, LLP

h. Wargo French Singer, LLP

i. Crowell & Moring, LLP

36. Do you have any family member who ever worked for any of these companies?

a.  USI Insurance Services, LLC.

b. Southeast Series of Lockton Companies, LLC

c. Taylor Anderson

d. Dean Anderson

e. Roger Maldonado

f. Parker Hudson Rainer & Dobbs, LLP

g. Hall, Gilligan, Roberts & Shanlever, LLP

h. Wargo French Singer, LLP

i. Crowell & Moring, LLP

37. Is there anything else that you believe you should disclose that you believe might be relevant to this case?

a. If so, please describe?

38.     Is there any reason, sitting here today, that you can think of that would

        prevent you from being able to be fair and impartial as a juror on this

        case?

        a. If so, please describe.

Respectfully submitted this 19th day of April, 2023.[2]

**HALL, GILLIGAN, ROBERTS & SHANLEVER LLP**

*/s/ Warren H. Hall, Jr.*
Warren H. Hall, Jr.
Georgia Bar No. 319405
Wayne M. Cartwright
Georgia Bar No. 257328
Kristina K. Griffin
Georgia Bar No. 808069
whall@hgrslaw.com
wcartwright@hgrslaw.com
kgriffin@hgrslaw.com

3340 Peachtree Road NE – Suite 1900
Atlanta, Georgia 30326-1082
T: (404) 442-8776
F: (866) 864-9612

*Attorneys for Taylor Anderson, Dean Anderson, and Roger Maldonado*

**WARGO, FRENCH & SINGER LLP**

*/s/ David M. Pernini*
Joseph D. Wargo
Georgia Bar No. 738764
David M. Pernini
Georgia Bar No. 572399
Brandon Parrish
Georgia Bar No. 388223
999 Peachtree Street, NE
Suite 1120
Atlanta, Georgia 30309
Telephone: (404) 853-1500
Fax: (404) 853-1501
jwargo@wfslaw.com
dpernini@wfslaw.com
bparrish@wfslaw.com

*Attorneys for Southeast Series of Lockton Companies, LLC*

---

[2]     Pursuant to Local Rule 7.1(D), counsel certifies that the foregoing Certificate of Service has been prepared in Times New Roman font, 14-point type. which is one of the font and point selections approved by the Court in Local Rule 5.1(B).

**CROWELL & MORING LLP**

*s/ Christopher J. Banks*
Christopher J. Banks, Admitted *Pro Hac Vice*
3 Embarcadero Center
26th Floor
San Francisco, CA 94111
cbanks@crowell.com
T: (415) 986-2800
F: (415) 986-2827

Astor H. L. Heaven, III Admitted *Pro Hac Vice*
1001 Pennsylvania Ave., N.W.
Floor 10
Washington, DC 20004
aheaven@crowell.com

Sigourney R. Haylock Admitted *Pro Hac Vice*
40th Floor
515 South Flower Street
Los Angeles, CA 90071
shaylock@crowell.com

*Attorneys for Taylor Anderson, Dean Anderson,
and Roger Maldonado*