UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMESON TAYLOR ANDERSON, ROBERT DEAN ANDERSON, and ROGER MALDONADO, <br><br> Plaintiffs, <br><br> v. <br><br> USI INSURANCE SERVICES LLC, <br><br> Defendant. | <u>CONSOLIDATED CASES PURSUANT TO FED. R. CIV. P. 42</u> <br><br> Civil Action File No. <br><br> 1:19-cv-05582-VMC |
| USI INSURANCE SERVICES LLC, <br><br> Plaintiff, <br><br> v. <br><br> SOUTHEAST SERIES OF LOCKTON COMPANIES, LLC, <br><br> Defendant. | Civil Action File No. <br><br> 1:20-cv-02490-VMC |

**USI'S SECOND NOTICE OF AMENDMENT
TO PROPOSED PRETRIAL ORDER**

USI Insurance Services LLC ("USI") hereby amends its portion of the Proposed Pretrial Order (Doc. 317 in Case 1:19-cv-05582-VMC ("2019 Case") and Doc. 206 in 1:20-cv-02490-VMC ("2019 Case")).

USI amends its Exhibit List at Attachment G-1 to the Pretrial Order (Doc. 317-7 in 2019 Case; Doc 206-7 in 2020 Case) as follows:

1

| Exhibit No. | Exhibit Description | Bates Range |
|---|---|---|
| P-863 | April 2021 Update to Lost Aviation 2015-2020; IDAG Missing Revenue; Insurance Policies; Charts | USI_PRODUCTION_001806 – 001809 |
| P-864 | Broker of Record Letter Summary | N/A |

USI amends its designations of the persons whose testimony may be introduced at trial by deposition at Attachment 20-1 of the Pretrial Order to also designate the portions of the depositions that USI's counsel took of the trial preservation depositions of Robert Meyers on April 20, 2023, and David Brosbell on April 21, 2023.

Respectfully submitted this 28th day of April, 2023.

PARKER, HUDSON, RAINER & DOBBS LLP

/s/ Jared C. Miller
Nancy H. Baughan
Georgia Bar No. 042575
Jared C. Miller
Georgia Bar No. 142219
Julie A. Wood
Georgia Bar No. 023749
Anne Horn Baroody
Georgia Bar No. 475569
303 Peachtree Street, N.E., Suite 3600
Atlanta, Georgia 30308

Telephone: 404-523-5300
Facsimile:  404-522-8409
E-mail: nbaughan@phrd.com
        jmiller@phrd.com
        jwood@phrd.com
        abaroody@phrd.com

*Attorneys for USI Insurance Services LLC*

# CERTIFICATE OF SERVICE

      I hereby certify that I have this day served a copy of the within and foregoing **USI'S SECOND NOTICE OF AMENDMENT TO PROPOSED PRETRIAL ORDER** upon all parties to this matter by electronically filing a copy of same with the Court's CM/ECF system, which will automatically send an electronic copy to the following counsel of record:

**Hall, Gilligan, Roberts & Shanlever, LLP**

Warren R. Hall, Esq.
Elizabeth M. Newton, Esq.
Wayne M. Cartwright, Esq.
3340 Peachtree Road – Suite 1900
Atlanta, Georgia 30326
whall@hgrslaw.com
enewton@hgrslaw.com
wcartwright@hgrslaw.com


**Wargo & French LLP**

Joseph D. Wargo, Esq.
David M. Pernini, Esq.
Brandon Parrish, Esq.
999 Peachtree Street, NE, 26th Floor
Atlanta, Georgia 30309
jwargo@wargofrench.com
dpernini@wargofrench.com
bparrish@wfslaw.com

**Crowell & Moring LLP**

Christopher J. Banks, Esq.
3 Embarcadero Center
26th Floor
San Francisco, CA 94111
cbanks@crowell.com

Astor H. L. Heaven, III, Esq.
1001 Pennsylvania Ave., N.W.
Floor 10
Washington, DC 20004
aheaven@crowell.com

Sigourney R. Haylock, Esq.
40th Floor
515 South Flower Street
Los Angeles, CA 90071
shaylock@crowell.com

      This 28th day of April, 2023.

      /s/ Jared C. Miller
      Jared C. Miller