## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| JAMESON TAYLOR ANDERSON, | ) | |
| ROBERT DEAN ANDERSON, and | ) | |
| ROGER MALDONADO, | ) | <u>CONSOLIDATED CASES</u> |
| | ) | <u>PURSUANT TO FED. R. CIV. P. 42</u> |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 1:19-cv-05582-VMC |
| | ) | |
| USI INSURANCE SERVICES LLC, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| USI INSURANCE SERVICES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No.: 1:20-cv-02490-VMC |
| SOUTHEAST SERIES OF | ) | |
| LOCKTON COMPANIES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## <u>NOTICE OF FILING OF PROPOSED SUMMARY OF THE CASE</u>

Taylor Anderson, Dean Anderson, and Roger Maldonado (the "Former Employees") and Southeast Series of Lockton Companies, LLC ("Lockton") file the attached Exhibit A as a proposed Summary of the Case, to be presented to the jury at the beginning of trial.  Pursuant to the Court's instruction, the parties conferred

regarding the competing versions of their respective summaries and were unable to reach a compromise on a mutually agreeable summary. Accordingly, the parties have submitted separate summaries for the Court's consideration. The Former Employees and Lockton (collectively, the "Defendants") submit the attached summary, which the Defendants believe is appropriate given the Court's instructions at the pretrial conference. As set forth below, the Court should adopt the Defendants' Summary of the Case.

Defendants crafted a short, objective, and non-argumentative summary of the background facts and contentions of the parties, without inserting any facts or argument that could give implicit favor to either side. Defendants' proposed factual summary merely identifies the parties and claims and provides an accurate, succinct, and non-argumentative synopsis of the Court's holdings at summary judgment.

In contrast, USI's proposed summary (shared earlier today with counsel for Defendants) is unnecessarily argumentative and proposes facts to the jurors that invite bias against the Defendants. Argumentative factual recitations are not appropriate for the initial case summary, and jurors should only be instructed on the Court's rulings to the extent it informs them on what they must decide.

Finally, as mentioned at the pretrial conference, Defendants have included a brief, limited introduction to "solicitation," which is the only substantive liability

issue remaining in this case.  Whether the Former Employees solicited clients is the only remaining question of contractual breach, but it also forms the basis for USI's damages and the main tortious interference claim against Lockton.   Given the number of issues that will be decided by the jury's determination of whether solicitation occurred, a brief, non-argumentative definition, consistent with established Georgia law, should aid the jurors in understanding the case, placing key facts in context, and deciding the issues.  Therefore, Defendants ask that the Court provide the attached Summary of the Case to the jury once it is empaneled.

Respectfully submitted this 28th day of April, 2023.

**HALL, GILLIGAN, ROBERTS & SHANLEVER LLP**

/s/ *Warren H. Hall, Jr.*
Warren H. Hall, Jr.
Georgia Bar No. 319405
Wayne M. Cartwright
Georgia Bar No. 257328
Kristina K. Griffin
Georgia Bar No. 808069
whall@hgrslaw.com
wcartwright@hgrslaw.com
kgriffin@hgrslaw.com

3340 Peachtree Road NE – Suite 1900
Atlanta, Georgia 30326-1082
T: (404) 442-8776
F: (866) 864-9612

**WARGO, FRENCH & SINGER LLP**

/s/ *David M. Pernini*
Joseph D. Wargo
Georgia Bar No. 738764
David M. Pernini
Georgia Bar No. 572399
Brandon Parrish
Georgia Bar No. 388223
999 Peachtree Street, NE
Suite 1120
Atlanta, Georgia 30309
Telephone: (404) 853-1500
Fax: (404) 853-1501
jwargo@wfslaw.com
dpernini@wfslaw.com
bparrish@wfslaw.com

*Attorneys for Taylor Anderson, Dean Anderson, and Roger Maldonado*

*Attorneys for Southeast Series of Lockton Companies, LLC*

**CROWELL & MORING LLP**

*s/ Christopher J. Banks*
Christopher J. Banks, Admitted *Pro Hac Vice*
3 Embarcadero Center
26th Floor
San Francisco, CA 94111
cbanks@crowell.com
T: (415) 986-2800
F: (415) 986-2827

Astor H. L. Heaven, III Admitted *Pro Hac Vice*
1001 Pennsylvania Ave., N.W.
Floor 10
Washington, DC 20004
aheaven@crowell.com

Sigourney R. Haylock Admitted *Pro Hac Vice*
40th Floor
515 South Flower Street
Los Angeles, CA 90071
shaylock@crowell.com

*Attorneys for Taylor Anderson, Dean Anderson, and Roger Maldonado*

## **RULE 7.1.D CERTIFICATE**

The undersigned counsel certifies that this document has been prepared with

Times New Roman 14-point font in accordance with Local Rule 5.1.C.


*/s/ Warren H. Hall, Jr.*
WARREN H. HALL, JR