UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMESON TAYLOR ANDERSON, ROBERT DEAN ANDERSON, and ROGER MALDONADO,<br><br>Plaintiffs,<br><br>v.<br><br>USI INSURANCE SERVICES LLC,<br><br>Defendant. | <u>CONSOLIDATED CASES PURSUANT TO FED. R. CIV. P. 42</u><br><br>Civil Action File No.<br><br>1:19-cv-05582-VMC |
| USI INSURANCE SERVICES LLC,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHEAST SERIES OF LOCKTON COMPANIES, LLC,<br><br>Defendant. | Civil Action File No.<br><br>1:20-cv-02490-VMC |

**<u>USI'S SUBMISSION REGARDING USI'S MOTION IN LIMINE NO. 5</u>**

At the April 26, 2023 Pretrial Conference and hearing on the parties' motions in limine, the Court directed the parties to confer regarding USI's motion in limine no. 5. *See* Minute Order entered on Apr. 28, 2023 ("[347] Motion in Limine filed by USI Insurance Services LLC: PARTIES TO CONFER as to No. 5."). The parties have subsequently conferred but have been unable to reach an agreement on a stipulation that would moot USI's motion in limine No. 5. *See* <u>Exhibit A</u> (email

1

exchange between counsel reflecting proposed stipulation and meet-and-confer efforts). Thus, USI provides this update to the Court and renews its request that the Court grant USI's motion in limine no. 5. *See* Doc. 347-1 in Case No. 1:19-cv-05582-VMC ("2019 Case") and Doc. 231-1 in Case No. 1:20-cv-02490-VMC ("2020 Case").

In motion in limine no. 5, USI asked the Court to exclude evidence concerning the nature of Dean Anderson's medical leave in 2020 because the nature and severity of Mr. Anderson's health condition is not relevant to any issue in the case, would be unfairly prejudicial to USI, and would risk garnering unfair sympathy for Mr. Anderson. *See* Doc. 347-1, pp. 16-17 in 2019 Case and Doc. 231-1, pp. 16-17 in 2020 Case. Both USI and Defendants agree to a stipulation that "Dean Anderson was on medical leave from April 7, 2020, until August 10, 2020. *See* Doc. 350 in 2019 Case, p. 17 and Doc. 233 in 2020 Case, p. 17 (Defendants' proposed stipulation); Exhibit A (USI's proposed stipulation). However, Defendants also insist that USI stipulate to language that "Mr. Anderson performed no work for Lockton and did not breach his agreements with USI during the time of his medical leave." *See* Doc. 350 in 2019 Case, p. 17 and Doc. 233 in 2020 Case, p. 17. While USI is not willing to stipulate to that language given USI's lack of knowledge as to Mr. Anderson's activities in that time period, USI does not intend at this time to

2

introduce evidence or argument that Dean Anderson was performing activities in breach of his contracts with USI while he was on medical leave.

Accordingly, USI asks the Court to grant USI's motion in limine no. 5 and order that evidence of the specifics of Dean Anderson's medical condition may not be introduced into evidence, beyond evidence that he was on personal leave or medical leave from April 7, 2020, until August 10, 2020. USI recognizes that if USI were to introduce evidence that Dean Anderson was performing services for Lockton during that time period, that could open the door for Defendants to introduce evidence as to Mr. Anderson's condition during that time period.

Respectfully submitted this 29th day of April, 2023.

        **PARKER, HUDSON, RAINER & DOBBS LLP**

        /s/ Jared C. Miller
        Nancy H. Baughan
        Georgia Bar No. 042575
        Jared C. Miller
        Georgia Bar No. 142219
        Julie A. Wood
        Georgia Bar No. 023749
        Anne Horn Baroody
        Georgia Bar No. 475569
        303 Peachtree Street, N.E., Suite 3600
        Atlanta, Georgia 30308
        Telephone:  404-523-5300
        Facsimile:   404-522-8409
        E-mail: nbaughan@phrd.com

jmiller@phrd.com
jwood@phrd.com
abaroody@phrd.com

*Attorneys for USI Insurance Services LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day served a copy of the within and foregoing **USI'S SUBMISSION REGARDING USI'S MOTION IN LIMINE NO. 5** upon all parties to this matter by electronically filing a copy of same with the Court's CM/ECF system, which will automatically send an electronic copy to the following counsel of record:

**Hall, Gilligan, Roberts & Shanlever, LLP**

Warren R. Hall, Esq.
Elizabeth M. Newton, Esq.
Wayne M. Cartwright, Esq.
3340 Peachtree Road – Suite 1900
Atlanta, Georgia 30326
whall@hgrslaw.com
enewton@hgrslaw.com
wcartwright@hgrslaw.com


**Wargo & French LLP**

Joseph D. Wargo, Esq.
David M. Pernini, Esq.
Brandon Parrish, Esq.
999 Peachtree Street, NE, 26th Floor
Atlanta, Georgia 30309
jwargo@wargofrench.com
dpernini@wargofrench.com
bparrish@wfslaw.com

**Crowell & Moring LLP**

Christopher J. Banks, Esq.
3 Embarcadero Center
26th Floor
San Francisco, CA 94111
cbanks@crowell.com

Astor H. L. Heaven, III, Esq.
1001 Pennsylvania Ave., N.W.
Floor 10
Washington, DC 20004
aheaven@crowell.com

Sigourney R. Haylock, Esq.
40th Floor
515 South Flower Street
Los Angeles, CA 90071
shaylock@crowell.com

      This 29th day of April, 2023.

                                        /s/ Jared C. Miller
                                        Jared C. Miller