# EXHIBIT A

# Jared C. Miller

| | |
|---|---|
| **From:** | Wit Hall Jr. <whall@hgrslaw.com> |
| **Sent:** | Friday, April 28, 2023 5:48 PM |
| **To:** | Jared C. Miller; Wayne Cartwright |
| **Cc:** | Pernini, David M.; Parrish, Brandon; Nancy H. Baughan; Anne H. Baroody; Banks, Christopher; Pernini, David M. |
| **Subject:** | RE: Anderson, et al v. USI; USI v. Lockton - Stipulation re: Dean Anderson's Medical Leave |

We do not agree to your proposal.  If you're going to leave your options open on this, then we will do likewise.

## Wit Hall Jr.
### Hall, Gilligan, Roberts & Shanlever LLP
404-442-8777 (direct) | whall@hgrslaw.com
### Atlanta - Savannah - Seagrove Beach
#### EMPLOYMENT & BUSINESS LAW

This message is confidential and is intended only for the addressee(s) shown above.  It may include content that is protected by legal privilege, which is expressly preserved and not waived by transmission to an unintended recipient.  Any retention, disclosure, duplication, forwarding, or other use of this communication or its contents by an individual who is not an intended recipient is prohibited.  If the reader of this message is not an intended recipient, or if this message is received in error, please notify the sender immediately.

**From:** Jared C. Miller <jmiller@phrd.com>
**Sent:** Friday, April 28, 2023 3:22 PM
**To:** Wit Hall Jr. <whall@hgrslaw.com>; Wayne Cartwright <wcartwright@hgrslaw.com>
**Cc:** Pernini, David M. <dpernini@wfslaw.com>; Parrish, Brandon <bparrish@wfslaw.com>; Nancy H. Baughan <nbaughan@phrd.com>; Anne H. Baroody <abaroody@phrd.com>
**Subject:** Anderson, et al v. USI; USI v. Lockton - Stipulation re: Dean Anderson's Medical Leave

External sender. Use caution with links and attachments.

Wit and Wayne,

We propose the following stipulation to be read to the jury regarding Dean Anderson's medical leave.

## Proposed stipulation: "Dean Anderson was on medical leave from April 7, 2020, until August 10, 2020."

At this time, we do not plan to introduce evidence that Dean Anderson was performing services for Lockton during April 7, 2020 to August 10, 2020.  Therefore, there is no need for anything else to be in the stipulation.  If we were to try to introduce evidence that Dean Anderson was performing services for Lockton during that time period, we understand that could open the door for your side to introduce evidence beyond the stipulation as to Mr. Anderson's condition during that time period.  That is not likely to be an issue at trial.

**Jared C. Miller**, Partner

303 Peachtree Street NE, Suite 3600, Atlanta, GA 30308
d: 404 420 5564   t: 404 523 5300
e: jmiller@phrd.com    

