UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMESON TAYLOR ANDERSON, ROBERT DEAN ANDERSON, and ROGER MALDONADO,<br><br>Plaintiffs,<br><br>v.<br><br>USI INSURANCE SERVICES LLC,<br><br>Defendant. | CONSOLIDATED CASES PURSUANT TO FED. R. CIV. P. 42<br><br>Civil Action File No.<br><br>1:19-cv-05582-VMC |
| USI INSURANCE SERVICES LLC,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHEAST SERIES OF LOCKTON COMPANIES, LLC,<br><br>Defendant. | Civil Action File No.<br><br>1:20-cv-02490-VMC |

## [PROPOSED] ORDER GRANTING MOTION TO SEAL DEPOSITION OF ROBERT MEYERS

Having considered USI Insurance Services LLC's Motion to Seal Deposition of Robert Meyers (the "Motion"), and for good cause shown, the Court **GRANTS** the Motion and **ORDERS** that the following documents, which were filed provisionally under seal be sealed permanently:

The Clerk is directed to file these documents under seal and to maintain these

documents confidentially.

- Deposition Transcript of Robert Meyers – April 20, 2023;
- Exhibit Meyers 40;
- Exhibit Meyers 41;
- Exhibit Meyers 49;
- Exhibit Meyers 50;
- Exhibit Meyers 56;
- Exhibit Meyers 62;
- Exhibit Meyers 65;
- Exhibit Meyers 130;
- Exhibit Meyers 396;
- Exhibit Meyers 398
- Exhibit Meyers 399
- Exhibit Meyers 432

**SO ORDERED** this 2nd day of May, 2023.

_____
The Honorable Victoria M. Calvert
United States District Judge