UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMESON TAYLOR ANDERSON, ROBERT DEAN ANDERSON, and ROGER MALDONADO,<br><br>Plaintiffs,<br><br>v.<br><br>USI INSURANCE SERVICES LLC,<br><br>Defendant. | **CONSOLIDATED CASES PURSUANT TO FED. R. CIV. P. 42**<br><br>Civil Action File No.<br><br>1:19-cv-05582-VMC |
| USI INSURANCE SERVICES LLC,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHEAST SERIES OF LOCKTON COMPANIES, LLC,<br><br>Defendant. | Civil Action File No.<br><br>1:20-cv-02490-VMC |

**VERDICT FORM**

We, the jury, being first empaneled and sworn in the above-captioned case, do find as follows:

1

**USI's Liability Claims**

1. Taylor Anderson

    a. The Court has already found that Taylor Anderson is liable to USI for breach of contract for failing to comply with the notice provision in his employment agreement.

    b. The Court has already found that Taylor Anderson is liable to USI for breach of duty of loyalty.

    c. The Court has already found that Taylor Anderson is liable to USI for breach of fiduciary duty.

    d. Is Taylor Anderson also liable to USI for breach of contract for failing to comply with the non-solicitation covenants contained in his employment agreement with USI?

    Answer: Yes_____   No_____

2. Dean Anderson

    a. The Court has already found that Dean Anderson is liable to USI for breach of contract for failing to comply with the notice provision in his employment agreement.

b. The Court has already found that Dean Anderson is liable to USI for breach of contract for failing to comply with the six-month non-competition covenant in his employment agreement.

c. The Court has already found that Dean Anderson is liable to USI for breach of contract for failing to comply with the client non-competition covenant in his employment agreement.

d. The Court has already found that Dean Anderson is liable to USI for breach of duty of loyalty.

e. The Court has already found that Dean Anderson is liable to USI for breach of fiduciary duty.

f. Is Dean Anderson also liable to USI for breach of contract for failing to comply with the non-solicitation covenants contained in his employment agreement with USI?

   Answer: Yes_____   No_____

3. Roger Maldonado

   a. Is Roger Maldonado liable to USI for breach of contract for failing to comply with the non-solicitation covenants contained in his Confidentiality, Non-Solicitation, and Non-Interference Agreement with USI?

> Answer: Yes_____  No_____

4. Lockton

    a. Is Lockton liable to USI for tortious interference with contractual or business relations?

    > Answer: Yes_____  No_____

**USI's Damages**

5. What amount of compensatory damages, if any, is USI entitled to: $_____?

6. How do you allocate the damages to USI by percentage among the defendants. The total of the four percentage allocations must equal 100%.

    a. Taylor Anderson: _____%

    b. Dean Anderson: _____%

    c. Roger Maldonado: _____%

    d. Lockton: _____%

    > 100%

**USI's Claim to Attorneys' Fees and Expenses of Litigation**

7. Is USI entitled to attorneys' fees and expenses of litigation from:

    a. Taylor Anderson: Yes_____  No_____

    b. Dean Anderson: Yes_____  No_____

    c. Roger Maldonado: Yes_____   No_____

    d. Lockton: Yes_____   No_____

You do not need to decide the amount of attorneys' fees and expenses of litigation at this time.

**USI's Claim to Punitive Damages**

8. Is USI entitled to punitive damages from:

    a. Taylor Anderson: Yes_____   No_____

    b. Dean Anderson: Yes_____   No_____

    c. Lockton: Yes_____   No_____

You do not need to decide the amount of punitive damages at this time.

9. Did any of the following act with specific intent to harm USI?

    a. Taylor Anderson: Yes_____   No_____

    b. Dean Anderson: Yes _____   No _____

    c. Lockton: Yes_____   No_____

**Lockton's Liability Claims**

10. Is USI liable to Lockton for tortious interference with contractual relations as a result of the Marchisotto email?

    Answer: Yes_____ No_____

11. What amount of compensatory damages, if any, is Lockton entitled to: $_____?

**Lockton's Claim to Attorneys' Fees and Expenses of Litigation**

12. Is Lockton entitled to attorneys' fees and expenses of litigation from USI? You do not need to decide the amount of attorneys' fees and expenses of litigation at this time.

    Answer:   Yes_____   No_____

**Lockton's Claim to Punitive Damages**

13. Is Lockton entitled to punitive damages? You do not need to decide the amount of punitive damages at this time.

    Answer:   Yes_____   No_____

14. Did USI act with specific intent to harm Lockton?

    Answer:   Yes_____   No_____

*You are finished. Please proceed to the last section of the Verdict Form titled "Finalize and Sign" and follow the instructions provided.*

## FINALIZE AND SIGN

Once you have been instructed that you have completed the Verdict Form and have been directed to the last page of this Verdict Form, the presiding juror shall sign in the signature block provided below and alert the Court's Clerk that you have completed your deliberations.

DATED: _____, 2023.

_____
Presiding Juror