UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMESON TAYLOR ANDERSON, ROBERT DEAN ANDERSON, and ROGER MALDONADO,<br><br>Plaintiffs,<br><br>v.<br><br>USI INSURANCE SERVICES LLC,<br><br>Defendant. | **CONSOLIDATED CASES PURSUANT TO FED. R. CIV. P. 42**<br><br>Civil Action File No.<br><br>1:19-cv-05582-VMC |
| USI INSURANCE SERVICES LLC,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHEAST SERIES OF LOCKTON COMPANIES, LLC,<br><br>Defendant. | Civil Action File No.<br><br>1:20-cv-02490-VMC |

**VERDICT FORM – THE VERDICT (PHASE 2)**

*Please follow the instructions printed in italics within each question.*

1

# THE JURY'S VERDICT

We, the jury, being first empaneled and sworn in the above-captioned case, do find as follows:

*Because you indicated that attorneys' fees and expenses of litigation and punitive damages should be awarded, you must now decide the amount of those damages. Please answer the following questions.*

**USI's Claim to Attorneys' Fees and Expenses of Litigation**

Question 1: What is the total amount of attorneys' fees and expenses of litigation owed to USI?

Answer:    $_____

**USI's Claim to Punitive Damages**

Question 2: What is the total amount of punitive damages owed to USI?

Answer:    $_____

**Lockton's Claim to Attorneys' Fees and Expenses of Litigation**

Question 3: What is the total amount of attorneys' fees and expenses of litigation owed to Lockton?

Answer:    $_____

**Lockton's Claim to Punitive Damages**

<u>Question 4:</u> What is the total amount of punitive damages owed to Lockton?

Answer:     $_____

*Please finalize and sign this Verdict Form (Phase 2) below.*

**FINALIZE AND SIGN**

Once you have been instructed that you have completed Phase 2 of the Verdict Form and have been directed to the last page of this Verdict Form, the presiding juror shall sign in the signature block provided below and alert the Court's Clerk that you have completed your deliberations.

DATED: _____, 2023.

_____
Presiding Juror