UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMESON TAYLOR ANDERSON, ROBERT DEAN ANDERSON, and ROGER MALDONADO,<br><br>Plaintiffs,<br><br>v.<br><br>USI INSURANCE SERVICES LLC,<br><br>Defendant. | <u>CONSOLIDATED CASES PURSUANT TO FED. R. CIV. P. 42</u><br><br>Civil Action File No.<br><br>1:19-cv-05582-VMC |
| USI INSURANCE SERVICES LLC,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHEAST SERIES OF LOCKTON COMPANIES, LLC,<br><br>Defendant. | Civil Action File No.<br><br>1:20-cv-02490-VMC |

**<u>STIPULATION CONCERNING JOINT EXHIBIT 2</u>**

All parties stipulate that Joint Exhibit 2, attached hereto, identifies contact information (company affiliation, telephone numbers and/or email addresses) for the persons listed therein. Joint Exhibit 2 may be presented to the jury by any party without the need for any further proof.

Stipulated to this 3rd day of May, 2023 by:

1

| | |
|---|---|
| **Hall, Gilligan, Roberts & Shanlever, LLP** | **Parker Hudson Rainer & Dobbs, LLP** |
| <u>/s/ Warren R. Hall (by express permission)</u> | <u>/s/ Julie A. Wood</u> |
| Warren R. Hall, Esq.<br>Georgia Bar No. 319405<br>Wayne M. Cartwright, Esq.<br>Georgia Bar No. 257328<br>Kristina K. Griffin<br>Georgia Bar No. 808069<br>3340 Peachtree Road – Suite 1900<br>Atlanta, Georgia 30326<br>whall@hgrslaw.com<br>wcartwright@hgrslaw.com<br>Kgriffin@hgrslaw.com | Nancy H. Baughan, Esq.<br>Georgia Bar No. 042575<br>Jared C. Miller, Esq.<br>Georgia Bar No. 142219<br>Julie A. Wood, Esq.<br>Georgia Bar No. 023749<br>Anne Horn Baroody, Esq.<br>Georgia Bar No. 475569<br>303 Peachtree Street, N.E., Suite 3600<br>Atlanta, Georgia 30308<br>Telephone:  404-523-5300<br>Facsimile:   404-522-8409<br>E-mail: nbaughan@phrd.com<br>            jmiller@phrd.com<br>            jwood@phrd.com<br>            abaroody@phrd.com |
| *Attorneys for Jameson Taylor Anderson, Robert Dean Anderson, and Roger Maldonado* | *Attorneys for USI Insurance Services LLC* |

**Wargo & French LLP**

<u>/s/ Joseph D. Wargo (by express permission)</u>

Joseph D. Wargo, Esq.
Georgia Bar No. 738764
David M. Pernini, Esq.
Georgia Bar No. 572399
Brandon Parrish, Esq.
Georgia Bar No. 388223

2

999 Peachtree Street, NE, 26th Floor
Atlanta, Georgia 30309
jwargo@wargofrench.com
dpernini@wargofrench.com
bparrish@wfslaw.com

*Attorneys for Southeast Series of Lockton Companies, LLC*

**Crowell & Moring LLP**

*/s/ Christopher J. Banks (by express permission)*

Christopher J. Banks, Esq.
3 Embarcadero Center
26th Floor
San Francisco, CA 94111
cbanks@crowell.com

Astor H. L. Heaven, III, Esq.
1001 Pennsylvania Ave., N.W.
Floor 10
Washington, DC 20004
aheaven@crowell.com

Sigourney R. Haylock, Esq.
40th Floor
515 South Flower Street
Los Angeles, CA 90071
shaylock@crowell.com

*Attorneys for Jameson Taylor Anderson, Robert Dean Anderson, Roger Maldonado, and Southeast Series of Lockton Companies, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **STIPULATION CONCERNING JOINT EXHIBIT 2** upon all parties to this matter by electronically filing a copy of same with the Court's CM/ECF system, which will automatically send an electronic copy to the following counsel of record:

**Hall, Gilligan, Roberts & Shanlever, LLP**

Warren R. Hall, Esq.
Elizabeth M. Newton, Esq.
Wayne M. Cartwright, Esq.
3340 Peachtree Road – Suite 1900
Atlanta, Georgia 30326
whall@hgrslaw.com
enewton@hgrslaw.com
wcartwright@hgrslaw.com

**Wargo & French LLP**

Joseph D. Wargo, Esq.
David M. Pernini, Esq.
Brandon Parrish, Esq.
999 Peachtree Street, NE, 26th Floor
Atlanta, Georgia 30309
jwargo@wargofrench.com
dpernini@wargofrench.com
bparrish@wfslaw.com

**Crowell & Moring LLP**

Christopher J. Banks, Esq.
3 Embarcadero Center
26th Floor
San Francisco, CA 94111
cbanks@crowell.com

Astor H. L. Heaven, III, Esq.
1001 Pennsylvania Ave., N.W.
Floor 10
Washington, DC 20004
aheaven@crowell.com

Sigourney R. Haylock, Esq.
40th Floor
515 South Flower Street
Los Angeles, CA 90071
shaylock@crowell.com

This 3rd day of May, 2023.

/s/ Julie A. Wood
Julie A. Wood