Summary of Contact Information
For Case Nos. 1:19-cv-05582-VMC and 1:20-cv-02490-VMC

| Name | Company | Cell phone (s) | Office phone(s) | Other phone | Email addresses |
|---|---|---|---|---|---|
| Dean Anderson | Lockton | (404) 983-4621 | (980) 264-4023 | | rdanderson@lockton.com<br><br>dean.anderson@usi.com<br><br>r_anders@bellsouth.net |
| Taylor Anderson | Lockton | (205) 777-7113<br><br>(205) 420-9497 | (404) 460-0767 | | tanderson@lockton.com<br><br>taylor.anderson@usi.com<br><br>jameson.t.anderson@gmail.com |
| Roger Maldonado | Lockton | (404) 550-7730 | (404) 460-0746 | | rogermaldonado@yahoo.com<br>rmaldonado@lockton.com<br><br>roger.maldonado@usi.com |
| Manoj Sharma | Lockton | (404) 550-1943 | (404) 460-0750 | | msharma@lockton.com |

EXHIBIT
JOINT EXHIBIT
2

| Hiram Marrero | Lockton | (954) 299-8244<br><br>(816) 491-3741 | (305) 421-9480 | | hmarrero@lockton.com |
|---|---|---|---|---|---|
| Rikin Patel | Lockton | (980) 228-8511 | (404) 460-0725 | | rpatel148@icloud.com<br>rpatel@lockton.com |
| Kimberly Grier | Lockton | (404) 805-0674 | (404) 460-3687 | | kimber.grier@gmail.com<br>kgrier@lockton.com |
| Roger Smith | Genesys Aerosystems | (940) 654-0102<br>(512) 415-1530 | (817) 215-7601 | | roger.j.smith@genesys-aerosystems.com |
| Jameson Salmon | System Studies & Simulation, Inc. | (205) 335-4277 | (256) 428-9464 | (256) 539-1700, ext. 1103 | jameson.salmon@s3inc.com |
| Darin Anderson | System Studies & Simulation, Inc. | (217) 202-3873 | (850) 398-8699 | | darin.anderson@s3inc.com |
| Dwain Gadway | Dowe Gallagher Aerospace LLC | (772) 349-3694<br><br>(702) 897-7079 | (941) 256-2177<br><br>(941) 254-2179<br><br>(941) 209-1848 | | dgadway@dowegallagher.com<br><br>dwain.gadway@gmail.com<br><br>dgadway@25north80west.com |
| Luke Kratky | Dowe Gallagher Aerospace LLC | (941) 330-6559 | (941) 209-1248 | (941) 256-2177 | lkratky@dowegallagher.com |

| Stan Wood | Fulcrum Concepts LLC | (443) 223-9633 | (804) 785-1079 | | stan.wood@fulcrumconceptsllc.com |
|---|---|---|---|---|---|
| David Sosa | Brightwater | (773) 255-6709 | | | dsosa@bwpcapital.com<br>dasgroupllc@gmail.com |
| Linda Jagger | Tenax Aerospace Holdings, LLC | (601) 862-0646 | (601) 326-8644<br><br>(601) 352-1107 | (601) 790-9035 (home) | ljagger@tenaxaerospace.com |
| Tim Cantrell | Tenax Aerospace Holdings, LLC | (601) 624-7037 | (601) 487-4581 | (601) 352-1107 | tcantrell@tenaxaerospace.com |
| Patricia Klingensmith | National Air Cargo Holdings, LLC | (716) 903-3217 | (716) 580-6960 (direct)<br>(716) 631-0011 (main) | | pklingensmith@nationalaircargo.com |
| Joseph Batten | National Air Cargo Holdings, LLC | (407) 283-6225<br>(407) 729-9366 | | | jbatten@nationalairlines.com |
| Jonathan Yioulous | National Air Cargo Holdings, LLC | | (716) 580-6943 | (716) 245-1876 | jyioulos@nationalaircargo.com |
| Don Kirlin | Air USA | (303) 877-7777<br>(303) 499-4444 | 217-885-3800 | | don@air-usa.com<br>airusaops@yahoo.com |

| | | | | | |
|---|---|---|---|---|---|
| Warren "Wit" Hall | Lockton Parties' Attorney | (404) 245-7998 | (404) 442-8777 | | whall@hagrslaw.com |
| David Brosbell | Purves Redmond | (416) 951-7350 | (416) 362-2081 | | dbrosbell@purvesredmon.com<br>brosbell@hotmail.com |
| Tyson Teeter | Southwind Global Aviation, LLC | (316) 655-2855 | (620) 242-1800 | | tyson@southwindglobal.com |
| Rob Allen | USI | | | | rob.allen@usi.lcom |
| James "Jim" Dunn | USI | | | | James.dunn@usi.com |
| Clark Johnson | USI | | | | clark.johnson@usi.com |
| Keith Titshaw | USI | | | | keith.titshaw@usi.com |
| Tammy Lee | USI | | | | tammy.lee@usi.com |
| Patrick Hollifield | USI | | | | patrick.hollifield@usi.com |
| Ericka Rankin | USI | | | | ericka.rankin@usi.com |
| Arlyn Mouw | USI | | | | arlyn.mouw@usi.com |
| Robert "Rob" Meyers | USI | | | | robert.meyers@usi.com |
| Denyce Curtis | USI | | | | denyce.curtis@usi.com |
| Beverly Fant | USI | | | | beverly.fant@usi.com |
| Amira Couch | USI | | | | amira.couch@usi.com |
| Paul Hanig | USI | | | | paul.hanig@usi.com |
| Matthew Marchisotto | USI | | | | matthew.marchisotto@usi.com |
| Anthony Adler | NTC Group | | | | aadler@ntcgroup.com |
| Taran Bakker | Tenax Aerospace Holdings, LLC | | | | tbakker@tenaxaerospace.com |

| Chris Crutchfield | Rally Point | (850) 240-5867 | | | - |
|---|---|---|---|---|---|
| Mike Ward | Rally Point | 850) 428-2616 | (850) 226-7589 | | mike@rallypointmanagemenlcom |
| Arista Aviation | Arista Aviation | (334) 347-1240 | | | - |
| Rich Enderle | Arista | (256) 698-6992 | (334) 475-2204 | | renderle@aristaas.com |
| Tammy Crawford | Genesys Aerosystems | (940) 745-1456 | | | - |
| Angie Baker | Genesys Aerosystems | (817) 215-7782 | | | - |
| Suzanne Ryan | System Studies & Simulation, Inc. | (256) 653-2117 | | | - |
| Brian Love | Field Aerospace | (416) 300-7703 | | | - |
| Jennifer Smith | Field Aerospace | (513) 886-2353; (513) 507-8399 | (513) 429-4270 | | jsmith@fieldav.com |
| David MacNeil | Field Aerospace | (416) 629-7034 | (905) 676-0977 | | dmacneil@fieldav.com |
| John MacTaggart | Field Aerospace | 513-429-4270 513-884-1827 513-429-4276 | | | jmactaggart@fieldav.com |
| Graham Harvey | Purves Redmond | (416) 640 3399 | | | - |
| Terry Landon | Southwind Global Aviation, LLC | (620) 960-1539 | | | terry@southwindglobal.com |

| Brian Youngers | Southwind Global Aviation, LLC | (316) 204-6691 | | | - |
|---|---|---|---|---|---|
| Kevin Luby | IDAG/USAT | (334) 655-7091 | | | - |
| Bob Caldwell | IDAG/USAT | (302) 300-5262 | | | bob.caldwell@idagllc.com |
| Irena Leigh | ICC | (951) 227-5945 | | | - |
| Grant Gadway | Dowe Gallagher Aerospace LLC | (813) 777-7996 | (941) 256-2186 | | - |
| Richard McCourt | McCourt Racing/Go2 Weapons | (631) 830-3449 | | | - |
| Mindy Fulton | Rampart | (719) 406 9970 | | | - |
| Stephen David Kennicott | Aerway Leasing/DAU | (262) 514-2299 | | . | - |
| Curtis Bolton | Southern Tactical Range | (850) 516-2426 | | | - |
| Richie Kopf | The Rockhill Group, Inc | (850) 748-8337 | | | - |
| Christian Bassily | Technica | (843) 822-9605 | | | - |
| William David Wesson | Wesson Aviation | (256) 473-7221 | | | - |