UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMESON TAYLOR ANDERSON, ROBERT DEAN ANDERSON, and ROGER MALDONADO,<br><br>Plaintiffs,<br><br>v.<br><br>USI INSURANCE SERVICES LLC,<br><br>Defendant. | **CONSOLIDATED CASES PURSUANT TO FED. R. CIV. P. 42**<br><br>Civil Action File No.<br><br>1:19-cv-05582-VMC |
| USI INSURANCE SERVICES LLC,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHEAST SERIES OF LOCKTON COMPANIES, LLC,<br><br>Defendant. | Civil Action File No.<br><br>1:20-cv-02490-VMC |

**USI INSURANCE SERVICES LLC'S
MOTION TO SEAL DEPOSITION OF GLENN SHEETS**

Pursuant to the Stipulated Protective Order entered in this case,[1] USI Insurance Services LLC ("USI") moves the Court for an Order sealing the Deposition of Glenn Sheets and accompanying exhibits, which USI is filing today as provisionally sealed

---

[1] *See* Civ. Action No. 1:19-cv-05582-VMC (Doc. 72); Civ. Action No. 1:20-cv-02490-VMC (Doc. 36).

in accordance with Appendix H, Rule II(J) of this Court's Local Rules:

The reason for this request to seal is the deposition transcript and exhibits contain certain information that either an opposing party, a non-party, or USI has designated as Confidential or Confidential – Outside Counsel's Eyes Only under the Protective Order. Therefore, the Protective Order requires USI to file this information under seal.

Respectfully submitted this 3rd day of May, 2023.

**PARKER, HUDSON, RAINER & DOBBS LLP**

/s/ Julie A. Wood
Nancy H. Baughan
Georgia Bar No. 042575
Jared C. Miller
Georgia Bar No. 142219
Julie A. Wood
Georgia Bar No. 023749
Anne Horn Baroody
Georgia Bar No. 475569
303 Peachtree Street, N.E., Suite 3600
Atlanta, Georgia 30308
Telephone:  404-523-5300
Facsimile:   404-522-8409
E-mail: nbaughan@phrd.com
           jmiller@phrd.com
           jwood@phrd.com
           abaroody@phrd.com

*Counsel for USI Insurance Services LLC*

# CERTIFICATE OF SERVICE

      I hereby certify that I have this day served a copy of the within and foregoing **USI INSURANCE SERVICES LLC'S MOTION TO SEAL DEPOSITION OF GLENN SHEETS** all parties to this matter by electronically filing a copy of same with the Court's CM/ECF system, which will automatically send an electronic copy to the following counsel of record:

**Hall, Gilligan, Roberts & Shanlever, LLP**

Warren R. Hall, Esq.
Elizabeth M. Newton, Esq.
Wayne M. Cartwright, Esq.
3340 Peachtree Road – Suite 1900
Atlanta, Georgia 30326
whall@hgrslaw.com
enewton@hgrslaw.com
wcartwright@hgrslaw.com


**Wargo & French LLP**

Joseph D. Wargo, Esq.
David M. Pernini, Esq.
Brandon Parrish, Esq.
999 Peachtree Street, NE, 26th Floor
Atlanta, Georgia 30309
jwargo@wargofrench.com
dpernini@wargofrench.com
bparrish@wfslaw.com

**Crowell & Moring LLP**

Christopher J. Banks, Esq.
3 Embarcadero Center
26th Floor
San Francisco, CA 94111
cbanks@crowell.com

Astor H. L. Heaven, III, Esq.
1001 Pennsylvania Ave., N.W.
Floor 10
Washington, DC 20004
aheaven@crowell.com

Sigourney R. Haylock, Esq.
40th Floor
515 South Flower Street
Los Angeles, CA 90071
shaylock@crowell.com

      This 3rd day of May, 2023.

                                      /s/ Julie A. Wood
                                      Julie A. Wood