UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMESON TAYLOR ANDERSON, ROBERT DEAN ANDERSON, and ROGER MALDONADO,<br><br>Plaintiffs,<br><br>v.<br><br>USI INSURANCE SERVICES LLC,<br><br>Defendant. | <u>CONSOLIDATED CASES PURSUANT TO FED. R. CIV. P. 42</u><br><br>Civil Action File No.<br><br>1:19-cv-05582-VMC |
| USI INSURANCE SERVICES LLC,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHEAST SERIES OF LOCKTON COMPANIES, LLC,<br><br>Defendant. | Civil Action File No.<br><br>1:20-cv-02490-VMC |

## [PROPOSED] ORDER GRANTING MOTION TO SEAL DEPOSITION OF GLENN SHEETS

Having considered USI Insurance Services LLC's Motion to Seal (the "Motion"), and for good cause shown, the Court **GRANTS** the Motion and **ORDERS** that the following documents, which were filed provisionally under seal be sealed permanently:

The Clerk is directed to file these documents under seal and to maintain these

documents confidentially.

- Deposition Transcript of Glenn Sheets – March 30, 2021
- Exhibit 1
- Exhibit 2
- Exhibit 6
- Exhibit 7
- Exhibit 9
- Exhibit 10
- Exhibit 17
- Exhibit 18
- Exhibit 19
- Exhibit 21
- Exhibit 22
- Exhibit 25

- Exhibit 27

**SO ORDERED** this __ day of May, 2023.

_____
The Honorable Victoria M. Calvert
United States District Judge

9917380.v1