# Opening Statement







**Taylor
Anderson**

**Roger
Maldonado**

**Dean
Anderson**



USI v Southeast Series
**Trial Exhibit**
**D590**

D590-0001

# What Is This Case About?

## Why did these 25 customers leave USI?


Taylor Anderson


Roger Maldonado


Dean Anderson

- Employees can change jobs

- Clients can change insurance brokers

- Insurance is a <u>relationship</u> <u>business</u>

  - Clients routinely follow their broker

  - These 25 clients had particularly strong relationships with Taylor and Roger

- **Clients did not leave USI because of the breaches alleged and found here**

D590-0002

# Only 25 Clients Left USI

- USI served **433** to **999** clients in its Aviation Practice Group

  - **Only 25** of those clients left USI

  - **2.5 to 5.8%** of all clients served by APG

- Taylor Anderson served **88** clients in his book of business

  - **24** of the clients that left were Taylor's

  - **Only 27%** of his book of business



D590-0003

3

# Clients Left USI Over A Period of Time















- 3 client groups left the first week

- 7 clients left the second week

- 3 clients left the third week

- The rest left over four month period from January to April 2020

D590-0004

4

# What Is This Case About?


Taylor
Anderson


Roger
Maldonado


Dean
Anderson

- **This was not a raid**

- **Every client has a story**

D590-0005

# Who Are the Parties?





Taylor
Anderson



Roger
Maldonado



Dean
Anderson





Manoj
Sharma

D590-0006

# Plaintiff USI Insurance



- Insurance brokerage that acquired WFIS 11/30/2017
  - Required WFIS employees to sign restrictive contracts to keep their jobs

- Wave of layoffs, restructuring, cost-cutting and resignations in 2019

- Actively encouraged Taylor to fear USI's use of aggressive litigation

- Sent "cryptic" and "threatening" communications to Taylor Anderson's clients after he resigned

D590-0007

7

# Plaintiff USI Insurance

> We know this year has been challenging, confusing, and frustrating. Each of you have dealt with real difficulties ranging from accounting, ,  training challenges,  system difficulties, turnover – creating more work and last minute assignments, and limited/weak communication.
>
> Thanks to each of you for your perseverance in the midst of turbulence. The office has posted -1% organic growth YTD and that is an encouraging result given the headwinds we have faced.  We simply could not have done that without you.

level of confidence that we will close...
- o   211 first appointments YTD among all producers;
- o   Our prospect pipeline is more robust than ever.
- □  New producer hires:
  - o   We have 6 new producers, 3 hired this year, to help us drive organic growth.  And, we expect to hire one more before year end;
  - o   The cost of these producers do NOT impact the expenses of the office because their compensation is paid by corporate.  As a result, new producers can only help us hit our growth and bonus goals.
  - o   New hires are critical because producers with large books, like we have in Atlanta, are simply not able to generate enough new business on their own to support growth. Here is an example of how that works:

| Producers | Current Book | Producer Comp | Lost at 12% | Average New 7% |
|---|---|---|---|---|
| Validated Producer 1 | $2,000,000 | % of book | $240,000 | $140,000 |
| Validated Producer 2 | $2,000,000 | % of book | $240,000 | $140,000 |
| Validated Producer 3 | $2,000,000 | % of book | $240,000 | $140,000 |
| New Producer | $0 | No charge | $0 | $100,000 |
| New Producer | $0 | No charge | $0 | $100,000 |
| New Producer | $0 | No charge | $0 | $100,000 |
| Total | $6,000,000 | | $720,000 | $720,000 |



USI – Southeast Series
Trial Exhibit
D052

Outside Counsel's Eyes Only

USI_EQ_6056767

D052-0001



**Clark Johnson**
USI's Regional
Property & Casualty Group
Practice Leader



Trial Exh. D052
**D590-0008**

# Taylor Anderson



**Taylor
Anderson**

- Started as producer with WFIS in 2012

- First big client win: Tenax Aerospace

  - Dwain Gadway – Tenax CEO, mentor

- Built successful and varied client base

  - Aerospace / government contractors

  - Restaurants and grocery

- 2019: Grew increasingly frustrated with USI's lack of support and dysfunction

D590-0009

# Taylor Anderson

**To:**      Ericka Rankin[ericka.rankin@usi.com]; Clark Johnson[Clark.Johnson@usi.com]; Donna Maddox[Donna.Maddox@usi.com]; Rob Allen[rob.allen@usi.com]
**Cc:**      James Dunn[James.Dunn@usi.com]
**From:**    Taylor Anderson
**Sent:**    Wed 10/09/2019 6:15:25 PM UTC
**Subject:**  Anderson Book of Business Support
**Received:**         Wed 10/09/2019 6:15:25 PM UTC

All,

I am reaching my breaking point on the support issue.  I know that ppl are working on a hired solution, but we are drowning on these accounts.  Ericka is killing herself to help out,  but the sins of the past and the lack of motivation with current staff is haunting us in a big way.  The back and forth on team members from J&B vs WFIS has gotten ridiculous.  I was originally told by Patrick that there were 2 ppl from their team that could help, but it would need to be Patrick/Amy to speak with them due to it being a "sensitive subject".  I have not heard anything else on this at all.  The past two days have been miserable and it is getting worst. Lillie is hiring team members (mostly ours) and so is Vernon, I don't get it.  I am sorry for complaining consistently, but this is not sustainable at all.  My clients are suffering and so is the team.

D059
D590-0010

# Roger Maldonado

- Started at WFIS in 2011

- Senior Vice President/Assistant Aviation Practice Lead

- Close friends with Taylor Anderson

- <u>Not</u> a producer at USI

- Was <u>extremely</u> concerned with job security and the direction of the practice at USI

  - Father of two school-age kids



**Roger Maldonado**

D590-0011

# Dean Anderson



**Dean Anderson**

- Head of National Aviation Practice Group at Acordia, WFIS & USI since 1980s
  - National "free resource," not its own "profit center"
  - 10 members at start of 2019
- <u>Not</u> a producer at USI
  - No book of business
- Opposed USI's plans to dismantle the Aviation Practice Group

D590-0012

# Dean Anderson Moved to Charlotte, NC To Try to Honor His Contract

» Dean Anderson moved away from family to Charlotte, NC

» Believed Court approved this solution

» Told no clients or coworkers of potential departure before December 9, 2019





D590-0013

# Southeast Series of Lockton Companies





Manoj Sharma

- Direct competitor of USI

- Chief Operating Officer - Manoj Sharma

- Began recruiting Taylor Anderson in June 2019

  - Wanted to invest in the right people for the long term, who could grow the team & business

- Did not use wrongful means to interfere with Former Employees' contracts with USI

D590-0014

# II.  What Happened?





Taylor
Anderson



Roger
Maldonado



Dean
Anderson





Manoj
Sharma

D590-0015

# USI's "Reorganization" Efforts in 2019



- Concerted effort to downsize

- Employees "displaced" to improve financial results each quarter

- National practice groups reorganized or dismantled altogether

  - International Practice Group

  - Cyber

  - Director & Officer Liability

- Direct impact on morale & workload

D590-0016

16



# What Happened?
After acquiring Wells Fargo Insurance, USI spent 2019 reorganizing, laying people off and alienating much of its talent



**Nov 30, 2017**

USI acquires Wells Fargo Insurance

**2019**

USI begins reorganization & displacements in former WFIS operations

| 2017 | 2018 | 2019 | 2020 |

D590-0017



# What Happened?
## After acquiring Wells Fargo Insurance, USI spent 2019 reorganizing, laying people off and alienating much of its talent



**Oct. 10, 2019**

T. Anderson "breaking point" email

**Nov 30, 2017**

USI acquires Wells Fargo Insurance

**2019**

USI begins reorganization & displacements in former WFIS operations

**March 18 – Dec 9, 2019**

USI plans how to reorganize or dismantle Aviation Practice Group

2017    2018    2019    2020

D590-0018

18



**To:** Robert Meyers[Robert.Meyers@usi.com]
**Cc:** Phil Larson[phil.larson@usi.com]
**From:** Paul Hanig
**Sent:** Wed 03/20/2019 1:18:35 PM UTC
**Subject:** Re: Aviation Operations planning
**Received:** Wed 03/20/2019 1:18:35 PM UTC

Ok – I'll play with something and send around. I think we may need to figure out do we need to reduce overall group size?
Thanks,

Paul Hanig

**Rob Meyers**

D040

D590-0019



D041

**From: Paul Hanig**
Sent: Thursday, March 21, 2019 3:37 PM
To: Robert Meyers <Robert.Meyers@usi.com>; Phil Larson <phil.larson@usi.com>
Subject: RE: Aviation Operations planning
I put together a simple model for the aviation group, it would look like they would need to take about 50% of the revenue on the aviation lines to cover current comp and T&E expenses. It also looks like in 2018 they were getting 9% commission not the 15% mentioned below.
PAUL HANIG
VP of Business Development
USI Insurance Services

**From: Phil Larson**
Sent: Thursday, March 21, 2019 5:42 PM
To: Paul Hanig ; Robert Meyers
Subject: RE: Aviation Operations planning
I would be curious as to why we need this many people. In legacy USI which had 2x the revenue what was our staffing? Maybe first analysis is to figure out how many people need and at what roles and what cost. Look at rock bottom expense needs before revenue sharing. Just a thought from the beach.
- Phil

# Dean Anderson Spent 2019 Justifying the APG's Existence

- Start of 2019: Dean Anderson's review

- March 2019: USI begins trying to learn what APG did

  - Other groups being reorganized at same time

- Dean Anderson worked with Beverly Fant and Roger Maldonado to try to justify APG's existence and transform it from "free resource" to "profit center"



**Dean Anderson**



**Rob Meyers**

D590-0021



# What Happened?
After acquiring Wells Fargo Insurance, USI spent 2019 reorganizing, laying people off and alienating much of its talent



**Nov 30, 2017**
USI acquires Wells Fargo Insurance

**2019**
USI begins reorganization & displacements in former WFIS operations

**Oct. 10, 2019**
T. Anderson "breaking point" email

**Early Dec., 2019**
APG members Britney Barnett and Sarah Torres resign

**March 18 – Dec 9, 2019**
USI plans how to reorganize or dismantle Aviation Practice Group

2017    2018    2019    2020

D590-0022

22

# December 2, 2019: Britney Barnett Resigns



**From:** Beverly Fant <beverly.fant@usi.com>
**Sent:** Monday, December 2, 2019 10:51 AM
**To:** Denyce Curtis <denyce.curtis@usi.com>
**Cc:** Dean Anderson <dean.anderson@usi.com>
**Subject:** Aviation PG
**Importance:** High
**Sensitivity:** Confidential

Hi Denyce, I hope you had a wonderful Thanksgiving. I wanted to let you know that one of our top AEs resigned today. As we were discussing her decision, I was reminded that the rumors that USI was dismantling the aviation group the same as the other practice groups was a driving force behind her decision. The lack of information I've been able to provide to the team

regarding the future, the frozen salary increases, and the tireless efforts of recruiters soliciting our top talent are wreaking havoc with motivation, morale and trust. I also just spoke with Taylor Anderson who was given a two page list of accounts that he is being given from Van Crosby. I don't know what percentage of Van's book was represented in the list but considering that Taylor doesn't have an AE on his top 5 accounts due to turnover in the CML dept. in Atlanta he says he can't handle this shift and is talking to his people about next steps. I know that you and I had discussed Van's book and whether it would be considered in the revenue discussion / where it would be serviced, etc. so just wanted to make sure you were aware.

With all of this swirling around, I wonder if you have some thoughts on the timeline of the changes that will be implemented for the Aviation PG so I can give the team an update?



D049

**From:** Denyce Curtis <denyce.curtis@usi.com>
**Sent:** Monday, December 2, 2019 12:13 PM
**To:** Robert Meyers <Robert.Meyers@usi.com>
**Subject:** RE: Aviation PG
**Sensitivity:** Confidential

Rob,

I am happy to have a call and talk through this. I don't actually have a "good" plan that falls into our metrics. Last time you and I talked I asked about Phil's involvement and you mentioned I should bring him up to date. I was planning on talking through my analysis with him and looking for his input.

The numbers work out horribly. The WF book is $1.9M and USI $1.6M. The current staff only supports the $1.9M and was involved in about 50 placements (primarily renewals) for legacy USI over the past year.
I would like them to manage the entire $3.2M of Aviation – but without Roger and 2 Account Managers. Taking on more work and less staff.
2nd option is to not involvement them in the entire process of smaller Aviation policies – pick a threshold/criteria and just consultative. Doing this will reduce the revenue they handle, thus a need to reduce staff further.

You mentioned Dean would move to your team, however, we can't afford Roger ($251K) or Beverly ($186K) on the ops side. We might be able to afford Beverly if she functions as both the manager and AE, but she would need to let go at least 2 account managers. Notes attached.

I've worked through this several ways and we just can't afford the staff and what probably makes the most sense is to keep a small team to handle the Atlanta book and consultative work.

I didn't want to do too much more analysis before talking with Phil and then go back to the drawing board after talking with him.

Your thoughts?
Thanks
Denyce

DENYCE CURTIS CPCU CIC
Vice President Commercial Lines Operations

---

D049



Trial Exhibit
**D049**

Outside Counsel's Eyes Only

D590-0024

24

# Rob Meyers & D...                                                                    ...e APG





**Trial Exhibit**
**D049**

Outside Counsel's Eyes Only

D049

**From:** Robert Meyers
**Sent:** Tuesday, December 3, 2019 7:52 AM
**To:** Denyce Curtis
**Subject:** RE: Aviation PG
**Sensitivity:** Confidential

Quick questions – not sure from your spreadsheet if:
- Your analysis and revenue numbers contemplate the loss of ABM – You are correct, ABM is not included in the revenue
- Beverly and Dean realize the staffing implications of not having the ABM revenue or work load – I have not had this conversation with Beverly and have never talked with Dean. Beverly did mention to me, on our initial call, that she could manage with fewer people – just a general statement
- Your analysis contemplated the large fee for National Cargo ( approx. 600K) that resides in the Northeast region – the fee is $390K and it is not included. I can add it in, but it doesn't appear the entire fee is for Aviation. There are several P&C policies ($688K premium) with no commission, I am assuming some of this fee should be allocated to P&C? However, there are 11 Aviation policies with total premium of $4.3M

If I add the total $390K fee, WF total Aviation revenue is $2.290M – handled by Beverly and AMs (staff of 8 excluding Dean & Roger) averages $286K book size. However, Beverly doesn't have any accounts assigned to her. Their average book size should be about $550K – team of 4.
We would then assign a few large USI accounts to them either to handle independently or on a consulting basis – example, City of Chicago. They may need 5 total staff and Beverly's salary is too high.

Thanks

Rob

ROBERT K. MEYERS
Senior Vice President – Property/Casualty Leader

# December 9, 2019: Taylor, Roger & Dean Resign



Taylor
Anderson



Roger
Maldonado



Dean
Anderson

- Date determined by client needs
  - Roger & Dean
  - Set with Lockton's Manoj Sharma
- Each recruited independently by Lockton
- Each considered multiple alternatives
  - Lockton was not the only suitor
- Each made their own decisions

D590-0026

26

# December 9, 2019: Taylor, Roger & Dean Resign



Taylor
Anderson



Roger
Maldonado



Dean
Anderson

- Didn't take anything

- Left written resignations providing detailed notes to USI about any pressing client needs

- Said goodbye to clients and directed them to contact USI with any questions

D590-0027

27

# Taylor Anderson's Resignation Letter

For many months I have expressed my dissatisfaction and concern to USI senior leadership about how it is communicating, managing, staffing and dividing the local teams, national practices groups, resource teams and other valuable assets of the organization. I have expressed significant concern about the staffing levels in the Atlanta Office as well as the National Aviation Practice Group. In fact, USI Atlanta leadership on two occasions committed personnel in writing to my book of business only to have them moved to another producer's book who was already at staffing capacity. In addition to this, the lack of communication from Senior USI leadership has caused confusion and extreme anxiety amongst team members within the practice/resource groups leading to resignations. At this time, I have no confidence that USI is committed to retaining these valuable assets, including the National Aviation Practice Group long-term.



my building access card and office keys. Ty...
will seek inspection by USI of the items I am taking a...
books, model aircraft and artwork.

I would also like to note that pursuant to my employment agreement with USI, so...
based on the "Paid Basis Report" sent to me dated December 2, 2019, I am currently due yo...
This is based on collected and confirmed revenue that is in fact due during my term of employment.
Please advise my attorney when this will be received.

USI Southeast Series
**Trial Exhibit**
**D066**

Exhibit 355
USI_PRODUCTION_00180
**D066-0001**

D066-0001
**D590-0028**

# D... ...ms

I have included ... clients that may ... items. I trust th... others at USI ha... whall@hgrslaw...

Regards,

J. Taylor Anders...

Accounts with I...

**D066**

with respect to ...andle such ...zation. If you or ...42-8777 or

*Accounts with ...* *...annual renewals:*

**Upcoming Renewals:**

| Account Name | Need | Responsible Party |
|---|---|---|
| B3H Corporation | Process Renewal | Tammy Lee |
| Banker Steel | Process Renewal | Lisa Herndon (VA) |
| Dalpar Corp | Process Renewal | Bryan Andrew |
| Dowe-Gallagher Aerospace | Process Renewal | Karissa Thigpen |
| Gloyer-Taylor Labs | Process Renewal | Karissa Thigpen |
| Midwest Transit Equipment | Process Renewal | Danielle Tucker |

**To Do Items:**

| Account Name | Need | Responsible Party |
|---|---|---|
| Aeroflot Russian Airlines | 17-18 Audit Dispute | Amira Couch/Tammy Lee |
| Airtec/Priority 1 | Billing of Finance Agreement | Brenda S (Seattle)/Karissa T |
| | Binders for WC/DBA | Brenda S (Seattle)/Karissa T |
| | Ongoing Aviation Maintenance | Kimberly Grier |
| AvGroup | Limit negotiation with Dyncorp | Karissa T or Kimberly Grier |
| BrightWater Aviation | Process Renewal Invoices (financed) | Danielle Tucker |
| Capital Region Airport | Safety Site Visit in January | George Booth (VA) |
| Field Aerospace | Property Inspection in OKC | Karissa T |
| Gemu Valves | Property Inspection in ATL | Tammy Lee |
| Genesys Aerosystems | New Aircraft Quotation | Lauren Hanes |
| IDAG/USATS | Invoicing | Paige/Rachel/Kim Grier |
| | Aircraft Endorsement on DEL A/C | Rachel/Kim Grier |
| K2 Solutions | Site Visit with Starr Aviation | Ron L/Tiffany A |
| Leviate Air/World Class Jet | Return Premium Check | Karissa T |
| LMR Technical | New Business Quotation | Tammy L |
| Pratt Holdings | Ongoing Claims | Barbara/Coleen |
| Rampart Aviation | Billing Issues/Return Premium, etc | Karissa T/Ericka R |
| Technica | Prof Policy Extension Billing | Ericka R |
| Tenax | Billing Cleanup | Karissa T/Ericka R |



D066-0002
**D590-0029**

# The Goodbye Emails



**From:** Taylor Anderson <taylor.anderson@usi.com>
**Sent:** Monday, December 9, 2019 7:41 AM
**To:** Taylor Anderson <taylor.anderson@usi.com>
**Subject:** Taylor Anderson- Departure Email

This email is sent as a courtesy to let you know that I have resigned my employment with USI Insurance Services

Please do not respond to this message, as I will not receive any of the email responses. If you have questions regarding any insurance needs, you should contact Rob Allen at 404-923-3700, rob.allen@usi.com or your local account executive

Best Regards,

J. Taylor Anderson

Trial Exhibit
D071

S3_282
D071-0001
S3_INTL_PRODUCTION_00282

71-0001

D590-0030

# Taylor Anderson – Pre-Departure Client Communications



**Taylor Anderson**

- Taylor told some of his most trusted relationships that he may change employment

  - These clients trusted and counted on Taylor

  - Many had immediate, unpredictable national security needs

- He was clear: he would not be able to solicit their business

D590-0031

# Taylor's Early Indication He May Leave Lockton Made No Difference



**Linda Jagger**



**Tim Cantrell**

- Did not act on the information

- Wanted to follow Taylor

- After Taylor resigned, Tenax asked Taylor if they could follow



D590-0032

# Why Did Taylor, Dean and Roger Want Indemnification?

- Feared aggressive litigation by USI

- Had seen USI sue others who departed

- USI promoted this fear among producers like Taylor



**Taylor
Anderson**

D590-0033

# IV.  Why Did the Clients Leave?



| Client | Last 12 Month's Revenue | Change Date | Reason for Change? |
|---|---|---|---|
| Rally Point Management, LLC | $11,115 | Dec. 10, 2019 | |
| BrightWater Holdings, LLC | $122,362 | Dec. 11, 2019 | |
| Aircraft Investment Holdings, LLC | $7,725 | Dec. 11, 2019 | |
| Overseas Aircraft Support, Inc. | - | Dec. 11, 2019 | |
| Tenax Aerospace Holdings, LLC | $127,915 | Dec. 11, 2019 | |
| Tri-Jet, LLC | $3,285 | Dec. 12, 2019 | |
| Fulcrum Concepts LLC | $11,771 | Dec. 17, 2019 | |
| Genesys Aerosystems Group, Inc. | $197,636 | Dec. 17, 2019 | |
| System Studies and Simulation, Inc. | $101,170 | Dec. 18, 2019 | |
| Field Aerospace, Inc. and all subsidiar | $91,997 | Dec. 19, 2019 | |
| In-Flight Crew Connections, LLC | $29,000 | Dec. 19, 2019 | |
| SouthWind Global Aviation Inc | $13,696 | Dec. 19, 2019 | |
| US Aviation Training Solutions, Inc. | $56,873 | Dec. 19, 2019 | |
| IDAG, LLC (International Defense Aerosp) | $70,990 | Dec. 19, 2019 | |



**Dec. 22, 2017 – Clark Johnson's "cryptic" & "threatening" email sent to clients**

EX. D542

| Client | Last 12 Month's Revenue | Change Date | Reason for Change? |
|---|---|---|---|
| Dowe-Gallagher Aerospace, LLC | $4,330 | Dec. 27, 2019 | |
| Go2 Weapons, Inc. | $130 | Dec. 27, 2019 | |
| McCourt Racing, Inc. | $1,793 | Dec. 27, 2019 | |
| Alpha-1 Aerospace, LLC | $614 | Jan. 7, 2020 | |
| Rampart Aviation LLC | $56,617 | Jan. 16, 2020 | |
| AirScan, Inc. | $57,965 | Jan. 31, 2020 | |
| National Air Cargo Holdings, Inc. | $441,450 | Feb. 5, 2020 | |
| DAU Global Investments Aerway Leasing | $11,383 | Mar. 11, 2020 | |
| Linden Street Capital Corp./ FFC Services/ Floats and Fuel Cells | $32,000 | Mar. 16, 2020 | |
| AirUSA | $2,473 | Apr. 1, 2020 | |
| World Class Jet, LLC DBA Leviate Jet | $7,594 | Apr. 3, 2020 | |

D590-0034

# USI Knows Why Its Clients Left



- **Clark Johnson's December 17, 2019 Notes on Taylor Anderson's Accounts**





**Clark Johnson**
USI's Regional
Property & Casualty
Group Practice Leader

Trial Exh. D110
**D590-0035**

# USI's Real-time Assessment

**Tenax:** "Close relationship With Taylor and Roger... DOD."

**Genesys:** "Maggie was AE but replaced... They LOVED Maggie because she was excellent at reviewing government contracts. We need to find someone who has experience reviewing government contracts."

**IDAGG:** "They already hate USI-threatened to sue us because of billing issues."



D110-0002

D590-0036

36

# USI's Real-time Assessment

**S3:** "They are loyal to Kim Greer (sic.). Female owned company"

**Rampart:** "Very challenging and demanding on who will replace Taylor as well as service accounting issues."



D110-0002
D590-0037

# Rally Point Management





**Chris Crutchfield**



- Learned that Taylor left USI while at Disney World with his wife

- Immediately contacted Taylor and said he wanted to follow

- Why?  Because he trusted Taylor and did not want to work with anyone else

D590-0038

# BrightWater Moved Because of the Strength of Its Relationship with Taylor



**David Sosa**



- Did not care who Taylor worked for

- Believed companies were less important than the individual he was dealing with

- Thought Taylor had done a very good job and wanted to keep working with Taylor

D590-0039

39

# Fulcrum: Taylor Andersson Was "My Guy"

- Taylor was Fulcrum's "trusted agent"

- Stan Wood saw Taylor as "the guy who always provided me the best service and support"

- Wanted to go wherever Taylor went






**Stan Wood**

D590-0040

# S3 Moved Because It Trusted Taylor



**Jameson Salmon**

- Did not have good experiences with others in the insurance industry

- Wanted to follow Taylor regardless of where he went because "Taylor made my life easier"

D590-0041

# Genesys Aerosystems Left Because Of Its Relationship With Taylor







Trial Exh. D366
Smith Depo. at 96:13-20
**D590-0042**

# Did USI Cause Its Own Damages?

**From:** Clark Johnson
**Sent:** Sunday, December 22, 2019 12:44 PM
**To:** Clark Johnson
**Subject:** Anderson Departure

On Friday December 20th the federal court issued a temporary restraining order concerning the departing employee's post-employment non-compete agreements. We expect the written ruling will be available early next week. The ruling will speak for itself and we encourage you to read it, or review it with your counsel, as you make your ongoing insurance decisions.

CLARK JOHNSON, CPCU
Commercial Practice Leader
6100 Fairview Road
Charlotte, NC 28210
704.562.8800
clark.johnson@usi.com | www.usi.com
THE USI ONE ADVANTAGE®

Outside Counsel's Eyes Only



Trial Exh. D0542
**D590-0043**

43

# USI's "Veiled Threat" Drove Some Clients Away



**Dwain Gadway**
*Dowe-Gallagher
Aerospace*

**To:**        Clark Johnson[Clark.Johnson@usi.com]
**From:**    Dwain Gadway
**Sent:**    Sun 12/22/2019 6:47:35 PM UTC
**Subject:**   Re: Anderson Departure
**Received:**        Sun 12/22/2019 6:47:37 PM UTC

Clark,

This sounds like a veiled threat? We have been told that we would receive a call last week from the USI "underwriting team" to discuss the way forward. Nothing to date.

Why do we need to discuss this with our legal counsel? We aren't party to your claim and remain a USI customer.

However, based on the tenor of your email and the fact that we haven't heard from USI until today, I have instructed our VP Finance to explore other brokerage options.

Regards,

Dwain

D319 -0001

Trial Exh. D319
**D590-0044**

44

# AirUSA Left USI In Part Because Of Clark Johnson's "Threatening" Email

**Don Kirlin**

**AIRUSA**



- Asked Taylor if he could switch to Lockton

- Chose to do so because he liked working with Taylor and because of Clark Johnson's email

- Clark Johnson's email played an "important part" in his decision-making

D590-0045

45

# Clark Johnson's Email Contributed To Rampart's Decision to Leave USI



**Mindy Fulton**

- Decided to leave USI because of Clark Johnson's email and billing dispute with USI

Trial Exh. D387
D590-0046

# Other Customers Complained to USI

**To:** Keith Titshaw[keith.titshaw@usi.com]
**From:** Tammy Lee
**Sent:** Mon 12/23/2019 3:46:52 PM UTC
**Subject:** RE: Anderson Departure
**Received:** Mon 12/23/2019 3:46:52 PM UTC

Hey I just got off a call with another account that is pissed..... about this email from Clark.. its NorthStar Aviation.... he's pretty much taking this as a threatening email about moving their business... That email was not a good thing.....as am hearing from some of my clients now!!!!

Trial Exhibit
D535

EXHIBIT
40

Johnson-WF
Exhibit 40

Trial Exh. D535

D590-0047

# Clients Perceived Clark Johnsons Emails As A "Threat"

**To:**    Clark Johnson[Clark.Johnson@usi.com]
**Cc:**    Jennifer Guthrie[jennifer.guthrie@inflightcrewconnections.com]; Bryan Smith[Bryan.Smith@inflightcrewconnections.com]
**From:**  Irena Leigh
**Sent:**  Wed 01/08/2020 5:22:13 PM UTC
**Subject:**  RE: Anderson Departure
**Received:**        Wed 01/08/2020 5:22:19 PM UTC

Mr. Johnson:

I am in receipt of your most recent correspondence enclosing a copy of today's court order in the matter pending in the U.S. District Court for the Northern District of Georgia in Atlanta, granting in part and denying in part a temporary restraining order, based on an evidentiary hearing held on December 20, 2019. Further copies were provided to Jennifer Guthrie and Bryan Smith, the Chief Executive Officer and Controller of In-Flight Crew Connections ("In-Flight"), respectively.

I do not know your purpose in sending this court order to the officers of In-Flight. Your statement that the order "speaks for itself" is actually quite cryptic, and you have not otherwise expressed a purpose to your correspondence.

As you undoubtedly know, In-Flight has terminated its business relationship with USI. In-Flight's broker of record is the Southeast Series of Lockton Companies.

I have been in contact with counsel for the USI parties, and thus, if there was a legal significance or need for In-Flight to receive a copy of this court order, as General Counsel for In-Flight, I would hear directly from them. To receive repeated cryptic correspondence from you, of dubious significance, but with what could be interpreted as a tone of implied threat, is inappropriate and unwelcome.

Thus, kindly unsubscribe all email addresses associated with In-Flight Crew Connections from your email correspondence concerning matters related to the departure of Mssrs. Anderson. Your prompt attention to this matter is appreciated.

Kind Regards,

Irena E. Leigh, Esq.| General Counsel | ✈ In-Flight Crew Connections | 704.236.3647; 704

Trial Exh. D532



D590-0048

48

# Leviate Air Raised Concerns

**From:** Rob Rosenberg
**Sent:** Wednesday, January 8, 2020 11:30 AM
**To:** Lesley Walker
**Cc:** Luis Barros ; Randall Mize
**Subject:** FW: Anderson Departure

Lesley, what is this?

Best Regards,

**Rob Rosenberg**

Managing Partner

office: 877.407.8507 | direct: 214.415.5993 | www.leviateair.com

-------- Original message --------
From: Lesley Walker
Date: 1/8/20 11:32 AM (GMT-05:00)
To: Beverly Fant
Subject: FW: Anderson Departure

How am I supposed to respond to this? Why are they even sending this out to the clients?
Lesley Walker

**To:** Lauren Hanes[lauren.hanes@usi.com]; Lesley Walker[lesley.walker@usi.com]; Amira Couch[amira.couch@usi.com]; Laura Kenney[laura.kenney@usi.com]
**From:** Beverly Fant
**Sent:** Wed 01/08/2020 4:40:35 PM UTC
**Subject:** FW: Anderson Departure
**Received:** Wed 01/08/2020 4:40:35 PM UTC

Anderson v USI.pdf

See attached that went out to Taylor's clients. If you get any inquiries send them to Clarke Johnson. Do not respond to any questions from clients and don't discuss with anyone outside of our group. This isn't our concern. The legal team is driving this and it has its purpose.

I understand there is another hearing today.

Trial Exh. D536

D590-0049

49

# Alpha 1 Aero Raised Concerns



Trial Exh. D507

Sent from my iPhone
On Dec 22, 2019, at 6:01 PM, John Totty <jtotty@alpha1aero.com> wrote:

I'm sorry, can you please explain this email? Why would I need to consult my counsel regarding my insurance decisions?

**From:** Clark Johnson
**Sent:** Monday, December 23, 2019 3:28 PM
**To:** Beverly Fant
**Cc:** Ericka Rankin
**Subject:** FW: Anderson Departure

Beverly: since Alpha 1 is an aviation client I wanted you to see my email reply to John Totty. We are communicating to all the clients that a court ruling will be available for them to read. Not the content of it—just that the ruling will speak for itself.

CLARK JOHNSON, CPCU
Commercial Practice Leader

**To:** Clark Johnson[Clark.Johnson@usi.com]
**From:** Beverly Fant
**Sent:** Mon 12/23/2019 8:38:00 PM UTC
**Subject:** RE: Anderson Departure
**Received:** Mon 12/23/2019 8:38:01 PM UTC

What is the message that we are trying to communicate to the client? We have had several people contact us who are furious that USI would try to tell them they cannot move their business and / or this is enough to make them want to move their business. What does the temporary restraining order do? What should the clients be aware of? What is USI trying to accomplish and how will that affect their current placements?
My team needs to know how to respond if they get inquiries.

BEVERLY J. FANT CAIP, CIC, CPCU
National Practice Advisor – Aviation Practice Group

D590-0050

50

# Lorna L. Gunnerson – USI's Expert



**Lorna Gunnerson**

- Has not analyzed what damages USI suffered in the 60 days after Taylor, Dean and Roger resigned from USI

- Would have taken at least <u>two</u> <u>years</u> without competition for USI to get new producers and support team members up to speed on a customer's account and develop a relationship, which is critical in the insurance business

- USI certainly could not have transitioned clients to new producers and team members in 60 days

D590-0051

# IV. USI's "Damages"





**Lorna Gunnerson**
USI's Damages Expert

D590-0052

# USI's "Damages" Calculations



**Lorna Gunnerson**
USI's Damages Expert

## Two models

1) Fair Market Value ("FMV")

- How much would it cost to buy a "hypothetical business" that served these 25 accounts

- Includes value of employees and other parts of a "business"

D590-0053

# USI's "Damages" Calculations



**Lorna Gunnerson**
USI's Damages Expert

## Two models

2) Lost Profits

- Calculates alleged "lost profits" over ten year period for all 25 clients

D590-0054

# Ms. Gunnerson's Assumptions



**Lorna Gunnerson**
USI's Damages Expert

- Assumes all 25 clients would have stayed at USI if Defendants had not committed any breaches

- Assumes clients would have stayed at USI for ten years (with some attrition)

- Evidence will show clients left for other reasons

- Did not consider any real-world events, such as COVID and whether clients were still in business

D590-0055

# Southeast Series of Lockton Companies, LLC

*USI Insurance Services LLC*

*v.*

*Southeast Series of Lockton Companies LLC*

Case No. 1:20-cv-02490-VMC

# "Tortious" Interference Requires ***Wrongful*** Actions

D590-0057

Case 1:19-cv-05581-VMC Document 400-1 Filed 05/03/23 Page 58 of 60

**To:** James West[james.west@usi.com]; Holly Slaughter[holly.slaughter@usi.com]; Jonathan Magan[jonathan.magan@usi.com]; Jennifer Myers[jennifer.myers@usi.com]; Brenda Harris[brenda.harris@usi.com]
**From:** Clark Johnson
**Sent:** Wed 12/11/2019 1:47:50 PM UTC
**Subject:** Aviation

**To:** James West[james.west@usi.com]; Holly Slaughter[holly.slaughter@usi.com]; Jonathan Magan[jonathan.magan@usi.com]; Jennifer Myers[jennifer.myers@usi.com]; Brenda Harris[brenda.harris@usi.com]
**From:** Clark Johnson
**Sent:** Wed 12/11/2019 1:47:50 PM UTC

Ryan Specialty, to assist with meetings, presentations, strategy, etc., until we find Dean's replacement.
These are the accounts the aviation team provided us for Raleigh:

Our aviation team is still in tact. I met with them yesterday and they are so mad at the Andersons for the way they left it would be extremely surprising if any of them followed on to Lockton. And, we have already begun the search for a

Maury Regional Hospital
CLARK JOHNSON, CPCU

Everyone, by now you have heard that Dean and Taylor Anderson left on Monday and have taken one AE from the aviation team with them. They announced their decision to clients and prospects before they told us. And, they have been actively contacting everyone they have met in the past. We are responding with aggressive litigation, of course.

EXHIBIT
20

Johnson-WF
Exhibit 20

USI_ESI_0003850

Outside Counsel's Eyes Only

D590-0058

Exhibit 20
3

**To:** Ericka Rankin[ericka.rankin@usi.com]; Patrick Hollifield[Patrick.Hollifield@usi.com]; Rob Allen[rob.allen@usi.com]; Keith Titshaw[keith.titshaw@usi.com]; Arlyn Mouw[arlyn.mouw@usi.com]

**Cc:** Clark Johnson[Clark.Johnson@usi.com]

**From:** Clark Johnson

**Sent:** Wed 12/18/2019 6:44:18 PM UTC

ARLYN has helped me secure a meeting with technical tomorrow at 1:30. So, we will be in their office and meet with both Joanna and Christian. I may only get 10 to 15 minutes with them and need to be crisp on our messaging. Patrick is pulling the bio for David Tremonti as a potential point person. I'd like everyone's input on the following items:

5) any update on litigation? Since these guys are federal contractors I want to plant the seed that they could be subpoenaed in federal court.

Johnson-WF
Exhibit 33

Outside Counsel's Eyes Only

USI_ESI_0004618

D590-0059

Exhibit 33

4

**From:** Matthew Marchisotto <matthew.marchisotto@usi.com>
**Date:** January 15, 2020 at 3:20:00 PM EST
**To:** Jeffrey Johnston <jeffrey.johnston@usi.com>

Anthony,

I trust your 2020 is off to a good start and you had a fun holiday season.

I wanted to make you aware of a situation that your portfolio company Tenax might not realize they are getting roped into. As I mentioned last year, USI has been the broker for Tenax with respect to their

individuals that departed and Lockton. We just got word that injunctions have been issued barring the team at Lockton from working on the Tenax account (not sure that Tenax is aware of this) and that lawsuit is going to be judged is Federal court. As part of the proceedings, the few clients that moved their business to Lockton, including Tenax, is going to be deposed and need to testify in Federal Court.

Again, I don't want to be the one relaying this type of news but as a friend and you being the owner of the company, I thought you would want to know about what is going on with your investment especially since the team at Tenax might now even know this is about to happen.

Let me know if you want to jump on a call to discuss and apologies again that I have to be the one telling you about this. I think it would be worth your time to discuss.

All the best,

Matt

Matthew Marchisotto
Vice President
USI Insurance Services

D590-0060