# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAMESON TAYLOR ANDERSON, ROBERT DEAN ANDERSON, and ROGER MALDONADO, <br><br>　　　　Plaintiffs, <br><br>v. <br><br>USI INSURANCE SERVICES LLC, <br><br>　　　　Defendant. | <u>CONSOLIDATED CASES PURSUANT TO FED. R. CIV. P. 42</u> <br><br>Civil Action No.: 1:19-cv-05582-VMC |
| USI INSURANCE SERVICES LLC, <br><br>　　　　Plaintiff, <br><br>v. <br><br>SOUTHEAST SERIES OF LOCKTON COMPANIES, LLC, <br><br>　　　　Defendant. | Civil Action No.: 1:20-cv-02490-VMC |

## SECOND NOTICE OF AMENDMENT TO PROPOSED PRETRIAL ORDER

Plaintiffs James Taylor Anderson, Robert Dean Anderson, and Roger Maldonado (the "Former Employees") and Defendant Southeast Series of Lockton Companies, LLC's ("Lockton," and collectively the "Defendants"), hereby file this

Second Notice of Amendment to Proposed Pretrial Order in Case Nos. 1:19-cv-05582-VMC ("2019 Case") and 1:20-cv-02490-VMC ("2020 Case").

With routine frequency, courts permit amendments to pre-trial orders, embracing the notion that "there is a presumption that a pretrial order will be amended in the interest of justice and sound judicial administration provided there is no substantial injury or prejudice to the opposing party or inconvenience to the court." *Jacobs v. Agency Rent-A-Car*, 145 F.3d 1430, 1432 (11th Cir. 1998). Consistent with this approach, Courts in this Circuit courts often grant parties the flexibility to refine their exhibit and witness lists, as long as the other party is not unduly prejudiced. *See Salomon Constr. & Roofing Corp. v. James McHugh Constr. Co.*, No. 1:18-cv-21733-UU, 2019 U.S. Dist. LEXIS 195168, at *7 (S.D. Fla. Feb. 15, 2019)(allowing amendment to exhibit list "[a]lthough [amending party] has provided no good reason for why it neglected to provide these exhibits in its exhibit list, they were produced in discovery months ago and there is no prejudice to McHugh in allowing these minor amendments to the exhibit list.") and *Chao v. Tyson Foods, Inc.*, No. 2:02-CV-1174-VEH, 2009 U.S. Dist. LEXIS 139537, at *2 (N.D. Ala. Feb. 11, 2009)(allowing amended exhibit witness given lack of prejudice to the objecting party).

## SECOND AMENDMENT TO ATTACHMENT G-3

Thus, Defendants seek to amend their Attachment G-3 to include Exhibits 593 and 594. The revised Attachment G-3 is filed with this notice as Attachment 1.

The two additional exhibits proffered by Defendants were exchanged during discovery over a year ago and pertain to David Brosbell and Field aviation. No representative of field aviation was deposed and Mr. Brosbell was beyond the Court's subpoena power when the initial exhibit list was submitted. In fact, USI only informed Defendants of its intent to depose Mr. Brosbell a few weeks before trial. Consequently, USI cannot plausibly argue that the inclusion of these nine exhibits results in prejudice.

Respectfully submitted this 5th day of May, 2023.

| HALL, GILLIGAN, ROBERTS & SHANLEVER LLP | WARGO, FRENCH & SINGER LLP |
|---|---|
| /s/ *Warren H. Hall, Jr.*<br>Warren H. Hall, Jr.<br>Georgia Bar No. 319405<br>Wayne M. Cartwright<br>Georgia Bar No. 257328<br>Kristina K. Griffin<br>Georgia Bar No. 808069<br>whall@hgrslaw.com<br>wcartwright@hgrslaw.com | /s/ *David M. Pernini*_____<br>Joseph D. Wargo<br>Georgia Bar No. 738764<br>David M. Pernini<br>Georgia Bar No. 572399<br>Brandon Parrish<br>Georgia Bar No. 388223<br>999 Peachtree Street, NE<br>Suite 1120 |

kgriffin@hgrslaw.com

3340 Peachtree Road NE – Suite 1900
Atlanta, Georgia 30326-1082
T: (404) 442-8776
F: (866) 864-9612

*Attorneys for Taylor Anderson, Dean Anderson, and Roger Maldonado*

**CROWELL & MORING LLP**

*s/ Christopher J. Banks*
Christopher J. Banks, Admitted *Pro Hac Vice*
3 Embarcadero Center
26th Floor
San Francisco, CA 94111
cbanks@crowell.com
T: (415) 986-2800
F: (415) 986-2827

Astor H. L. Heaven, III Admitted *Pro Hac Vice*
1001 Pennsylvania Ave., N.W.
Floor 10
Washington, DC 20004
aheaven@crowell.com

Sigourney R. Haylock Admitted *Pro Hac Vice*
40th Floor
515 South Flower Street
Los Angeles, CA 90071
shaylock@crowell.com

*Attorneys for Taylor Anderson, Dean Anderson, and Roger Maldonado*

Atlanta, Georgia 30309
Telephone: (404) 853-1500
Fax: (404) 853-1501
jwargo@wfslaw.com
dpernini@wfslaw.com
bparrish@wfslaw.com

*Attorneys for Southeast Series of Lockton Companies, LLC*

## **RULE 7.1.D CERTIFICATE**

The undersigned counsel certifies that this document has been prepared with Times New Roman 14-point font in accordance with Local Rule 5.1.C.

*/s/ Warren R. Hall, Jr.*
WARREN R. HALL, JR.