### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| JAMESON TAYLOR ANDERSON, ROBERT DEAN ANDERSON, and ROGER MALDONADO, <br><br> Plaintiffs, <br><br> v. <br><br> USI INSURANCE SERVICES LLC, <br><br> Defendant. | ) ) ) ) <u>CONSOLIDATED CASES</u> ) <u>PURSUANT TO FED. R. CIV. P. 42</u> ) ) ) ) Civil Action No.: 1:19-cv-05582-VMC ) ) ) ) ) |
| USI INSURANCE SERVICES LLC, <br><br> Plaintiff, <br><br> v. <br><br> SOUTHEAST SERIES OF LOCKTON COMPANIES, LLC, <br><br> Defendant. | ) ) ) ) ) ) ) Civil Action No.: 1:20-cv-02490-VMC ) ) ) ) ) |

### DEFENDANTS' TRIAL BRIEF
### REGARDING ADMISSIONS OF PARTY

A corporate party-opponent's out-of-court statements are not hearsay so long as the statement was "made by the party's agent or employee on a matter within the scope of that relationship while it existed." Fed. R. Evid. 801(d)(2)(D); <u>Fair Fight Action, Inc. v. Raffensperger</u>, 599 F. Supp. 3d 1337, 1341 (N.D. Ga. 2022) (Jones,

J.).  "[N]othing in Rule 801(d)(2)(D)…requires an admission be made by a management level employee." *Union Mut. Life Ins. Co. v. Chrysler Corp.*, 793 F.2d 1, 8 (1st Cir. 1986).  Such statements are admissible from janitors, bus drivers, and other non-managers.  *See Ryan v. Shulkin*, No. 1:15-CV-02384, 2017 U.S. Dist. LEXIS 202467, at *4 (N.D. Ohio Dec. 8, 2017); *Rainbow Travel Serv., Inc. v. Hilton Hotels Corp.*, 896 F.2d 1233, 1242 (10th Cir. 1990); *Bader v. Special Metals Corp.*, 985 F. Supp. 2d 291, 315 n.14 (N.D.N.Y. 2013).

In *Fair Fight Action*, Judge Jones admitted testimony from a State Election Board ("SEB") member under Rule 801(d)(2)(D), even though the witness was not a party personally, not deposed as a Fed. R. Civ. Proc. § 30(b)(6) witness, and did not personally control or direct the SEB.  599 F. Supp. 3d at 1340.  The relevant inquiry is whether an employee's statement was made "within the scope" of the employee's job responsibilities with the employer.  *Id.*, at 1342-1343.  Thus, USI producer Lillie Axelrod's statements to T. Anderson while mentoring him were within the scope of her employment, especially given USI's contention about the importance of the mentoring its producers provided to T. Anderson during his career.  Similarly, the document written by USI's Clark Johnson about the status of each of T. Anderson's clients was within the scope of Johnson's employment, given that it

was created during the course of his work on USI's company-directed efforts to retain clients after the Former Employees' resignations from USI.

Admissions under Rule 801(d)(2)D) are also admissible regardless of whether the speaker has personal foundation. "The fact that [a] report is based on hearsay or reflects opinion goes to its weight and credibility, not its admissibility." *MCI Comms. Corp. v. AT&T Co.*, 708 F.2$^d$ 1081, 1143 (7th Cir. 1983) *See also, Brookover v. Mary Hitchcock Mem'l Hosp.*, 893 F.2d 411, 417 (1st Cir. 1990).

Respectfully submitted this 8th day of May, 2023.

| | |
|---|---|
| **HALL, GILLIGAN, ROBERTS & SHANLEVER LLP** | **WARGO, FRENCH & SINGER LLP** |
| */s/ Warren H. Hall, Jr.* <br> Warren H. Hall, Jr. <br> Georgia Bar No. 319405 <br> Wayne M. Cartwright <br> Georgia Bar No. 257328 <br> Kristina K. Griffin <br> Georgia Bar No. 808069 <br> whall@hgrslaw.com <br> wcartwright@hgrslaw.com <br> kgriffin@hgrslaw.com <br><br> 3340 Peachtree Road NE – Suite 1900 <br> Atlanta, Georgia 30326-1082 <br> T: (404) 442-8776 <br> F: (866) 864-9612 <br><br> *Attorneys for Taylor Anderson, Dean Anderson, and Roger Maldonado* | */s/ David M. Pernini*_____ <br> Joseph D. Wargo <br> Georgia Bar No. 738764 <br> David M. Pernini <br> Georgia Bar No. 572399 <br> Brandon Parrish <br> Georgia Bar No. 388223 <br> 999 Peachtree Street, NE <br> Suite 1120 <br> Atlanta, Georgia 30309 <br> Telephone: (404) 853-1500 <br> Fax: (404) 853-1501 <br> jwargo@wfslaw.com <br> dpernini@wfslaw.com <br> bparrish@wfslaw.com <br><br> *Attorneys for Southeast Series of Lockton Companies, LLC* |

**CROWELL & MORING LLP**

*s/ Christopher J. Banks*
Christopher J. Banks, Admitted *Pro Hac Vice*
3 Embarcadero Center
26th Floor
San Francisco, CA 94111
cbanks@crowell.com
T: (415) 986-2800
F: (415) 986-2827

Astor H. L. Heaven, III Admitted *Pro Hac Vice*
1001 Pennsylvania Ave., N.W.
Floor 10
Washington, DC 20004
aheaven@crowell.com

Sigourney R. Haylock Admitted *Pro Hac Vice*
40th Floor
515 South Flower Street
Los Angeles, CA 90071
shaylock@crowell.com

*Attorneys for Taylor Anderson, Dean Anderson, and Roger Maldonado*

## **RULE 7.1.D CERTIFICATE**

The undersigned counsel certifies that this document has been prepared with Times New Roman 14-point font in accordance with Local Rule 5.1.C.

*/s/ Warren R. Hall, Jr.*
WARREN R. HALL, JR.