UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMESON TAYLOR ANDERSON, ROBERT DEAN ANDERSON, and ROGER MALDONADO,<br><br>Plaintiffs,<br><br>v.<br><br>USI INSURANCE SERVICES LLC,<br><br>Defendant. | CONSOLIDATED CASES PURSUANT TO FED. R. CIV. P. 42<br><br>Civil Action File No.<br><br>1:19-cv-05582-VMC |
| USI INSURANCE SERVICES LLC,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHEAST SERIES OF LOCKTON COMPANIES, LLC,<br><br>Defendant. | Civil Action File No.<br><br>1:20-cv-02490-VMC |

**FED. R. EVID. 801(d)(2)(D) TRIAL BRIEF**

USI Insurance Services LLC files this one-page summary Trial Brief discussing Federal Rule of Evidence 801(d)(2)(D).

The broad hearsay prohibition has a limited exception for a "statement by the party's agent or servant *concerning a matter within the scope of the agency or employment,* made during the existence of the relationship." Fed. R. Evid. 801(d)(2)(D) (emphasis added). The exception "requires the *proffering party* to lay a foundation to show that an otherwise excludible statement relates to a matter within the scope of the agent's employment." *See Wilkinson v. Carnival Cruise Lines, Inc.*, 920 F.2d 1560, 1566 (11th Cir. 1991) (emphasis in original). "The position of the individual in the so-called corporate hierarchy is not in and of itself determinative of an 801(d)(2)(D) type of issue." *Wilkinson*, 920 F.2d at 1565. The relevant "inquiry is whether [the agent] was authorized to act for his principal [] concerning the matter about which he allegedly spoke." *Id.* at 1566; *see also Fair Fight Action, Inc. v. Raffensperger,* 599 F.Supp.3d 1337, 1343 (N.D. Ga. 2022) (evaluating "individual's statement in relation to his job description" in determining if statement was admissible under Rule 801(d)(2)(D)) (citing *Wilkinson*); *see generally* McCormick on Evidence § 259 (8th ed. 2022). Thus, employees' statements concerning matters outside their employment authority or scope are inadmissible hearsay. *See, e.g., Kelly v. Labouisse*, 364 Fed. Appx. 895, 896 (5th Cir. 2010) (employee's statement was inadmissible hearsay because statement concerned a matter outside of the scope of employment).

Respectfully submitted this 8th day of May, 2023.

**PARKER, HUDSON, RAINER & DOBBS LLP**

/s/ Jared C. Miller
Nancy H. Baughan
Georgia Bar No. 042575
Jared C. Miller
Georgia Bar No. 142219
Julie A. Wood
Georgia Bar No. 023749
Anne Horn Baroody
Georgia Bar No. 475569
303 Peachtree Street, N.E., Suite 3600
Atlanta, Georgia 30308
Telephone:  404-523-5300
Facsimile:   404-522-8409
E-mail: nbaughan@phrd.com
            jmiller@phrd.com
            jwood@phrd.com
            abaroody@phrd.com

**BRADLEY ARANT BOULT CUMMINGS LLP**

/s/ William J. Holley, II
William J. Holley, II
Georgia Bar No. 362310
Promenade Tower
1230 Peachtree Street, NE
Atlanta, Georgia 30309
Telephone: 404-868-2002
E-mail: bholley@bradley.com
*Attorneys for USI Insurance Services LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **Fed. R. Evid. 801(d)(2)(D) TRIAL BRIEF** upon all parties to this matter by electronically filing a copy of same with the Court's CM/ECF system, which will automatically send an electronic copy to the following counsel of record:

**Hall, Gilligan, Roberts & Shanlever, LLP**

Warren R. Hall, Esq.
Elizabeth M. Newton, Esq.
Wayne M. Cartwright, Esq.
3340 Peachtree Road – Suite 1900
Atlanta, Georgia 30326
whall@hgrslaw.com
enewton@hgrslaw.com
wcartwright@hgrslaw.com

**Wargo & French LLP**

Joseph D. Wargo, Esq.
David M. Pernini, Esq.
Brandon Parrish, Esq.
999 Peachtree Street, NE, 26th Floor
Atlanta, Georgia 30309
jwargo@wargofrench.com
dpernini@wargofrench.com
bparrish@wfslaw.com

**Crowell & Moring LLP**

Christopher J. Banks, Esq.
3 Embarcadero Center
26th Floor
San Francisco, CA 94111
cbanks@crowell.com

Astor H. L. Heaven, III, Esq.
1001 Pennsylvania Ave., N.W.
Floor 10
Washington, DC 20004
aheaven@crowell.com

Sigourney R. Haylock, Esq.
40th Floor
515 South Flower Street
Los Angeles, CA 90071
shaylock@crowell.com

This 8th day of May, 2023.

/s/ Jared C. Miller
Jared C. Miller