# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cv-05582-VMC/1:20-cv-2490-VMC
## Anderson et al v. USI Insurance Services LLC et al
## Honorable Victoria M. Calvert

Minute Sheet for proceedings held In Open Court on 05/9/2023.

TIME COURT COMMENCED: 9:00 A.M.
TIME COURT CONCLUDED: 4:30 P.M.          COURT REPORTER: Wynette Blathers
TIME IN COURT: 6:30                       DEPUTY CLERK: Velma Shanks
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Christopher Banks representing Dean Anderson |
| | Anne Baroody representing USI Insurance Services LLC |
| | Wayne Cartwright representing Dean Anderson |
| | Kristen Goodman representing Dean Anderson |
| | Kristina Griffin representing Dean Anderson |
| | Warren Hall representing Dean Anderson |
| | Astor Heaven representing Dean Anderson |
| | William Holley representing USI Insurance Services LLC |
| | Jared Miller representing USI Insurance Services LLC |
| | Julie Wood representing USI Insurance Services LLC |
| | ** David Pernini representing Southeast Series of Lockton Companies, LLC (20cv2490) Brandon Parish representing Southeast Series of Lockton Companies, LLC (20cv2490) |
| PROCEEDING CATEGORY: | Jury Trial Continued; |
| MINUTE TEXT: | Plaintiff's case continued. Video deposition of David Brosbell played. Video deposition of Dena Anderson played. Expert witness Lorna Gunnersen called and sworn. Plas exhs 49, 50, 54, 55, 57, 58, 68, 70, 72, 75, 76, 79, 80, 81, 82, 84, 85, 88, 89, 90, 91, 92, 93, 94, 96, 97, 98, 99, 100, 101, 103, 104, 105, 140, 142, 221, 350, 354, 356, 382 (pg 1&2 only), 528, 531, 808, 809, 810, 863 admitted. Joint exh 1 admitted. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 5/10/2023 @ 9:00 am. |
| TRIAL STATUS: | Evidence Entered, continued |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |