# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:19-cv-05582-VMC/1:20-cv-2490-VMC
### Anderson et al v. USI Insurance Services LLC et al
### Honorable Victoria M. Calvert

Minute Sheet for proceedings held In Open Court on 05/11/2023.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 4:40 P.M.          COURT REPORTER: Wynette Blathers
TIME IN COURT: 6:10                      DEPUTY CLERK: Velma Shanks
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Christopher Banks representing Dean Anderson |
| | Christopher Banks representing Roger Maldonado |
| | Anne Baroody representing USI Insurance Services LLC |
| | Nancy Baughan representing USI Insurance Services LLC |
| | Wayne Cartwright representing Dean Anderson |
| | Kristen Goodman representing Dean Anderson |
| | Kristina Griffin representing Dean Anderson |
| | Warren Hall representing Dean Anderson |
| | Astor Heaven representing Dean Anderson |
| | William Holley representing USI Insurance Services LLC |
| | Jared Miller representing USI Insurance Services LLC |
| | Julie Wood representing USI Insurance Services LLC |
| | ** David Pernini representing Southeast Series of Lockton Companies, LLC (20cv2490) |
| | ** Brandon Parrish representing Southeast Series of Lockton Companies, LLC (20cv2490). |
| PROCEEDING CATEGORY: | Jury Trial Continued; |
| MOTIONS RULED ON: | []Motion for Judgment as a Matter of Law DENIED |
| MINUTE TEXT: | Jury trial continued. Outside the presence of the jury the Court DENIED defendants Jameson T. Anderson, Dean Anderson, Roger Maldonado and Southeast Series of Lockton Companies, LLC.'s motion for judgment as a matter of law. Defendants' case began. Minday Fulton sworn and testified. Chris Crutchfield sworn and testified. Deposition of Jameson Salmon |

|  |  |
|---|---|
|  | played. Dfts exhs 34, 35, 38, 43, 63, 544 pgs 8-21, 545 admitted; (Dft 47A admitted under seal). Pla exhs 43, 59A, 226, 424, 436, 437, 438, 439, 441, 442, 443, 446, 637, 649, 661, 746 admitted. |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |