## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **JAMESON TAYLOR ANDERSON, ROBERT DEAN ANDERSON, and ROGER MALDONADO,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**USI INSURANCE SERVICES LLC,**<br><br>**Defendant.** | <u>**CONSOLIDATED CASES PURSUANT TO FED. R. CIV. P. 42**</u><br><br>**Civil Action File No.**<br><br>**1:19-cv-05582-VMC** |
| **USI INSURANCE SERVICES LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**SOUTHEAST SERIES OF LOCKTON COMPANIES, LLC,**<br><br>**Defendant.** | **Civil Action File No.**<br><br>**1:20-cv-02490-VMC** |

## VERDICT FORM

We, the jury, being first empaneled and sworn in the above-captioned cases, do find as follows:

**USI's Claims**

1. Taylor Anderson

   a. Did USI prove that Taylor Anderson breached the non-solicitation provision, Section 7.6(a), in his Employment Agreement with USI?

      Answer: Yes_____ No_____

   b. If you answered "yes" to Question 1.a, did USI prove that Taylor Anderson's breach of the non-solicitation provision caused USI damages and, if so, in what amount?

      Answer: Yes_____ No_____

      Amount: _____

   c. Did USI prove that Taylor Anderson's breach of the 60-day notice provision in his USI Employment Agreement caused USI damages and, if so, in what amount?

      Answer: Yes_____ No_____

      Amount: _____

   d. Did USI prove that Taylor Anderson's breach of contractual duty of loyalty to USI caused USI damages and, if so, in what amount?

      Answer: Yes_____ No_____

      Amount: _____

2

    e.  Did USI prove that Taylor Anderson's breach of fiduciary duty to USI caused USI damages and, if so, in what amount?

        Answer: Yes_____  No_____

        Amount: _____

    f.  <u>Total</u> amount awarded, if any, against Taylor Anderson: _____.


2.  Dean Anderson

    a.  Did USI prove that Dean Anderson breached the non-solicitation provision, Section 7.7(a), in his Employment Agreement with USI?

        Answer: Yes_____  No_____

    b.  If you answered "yes" to Question 2.a, did USI prove that Dean Anderson's breach of the non-solicitation provision caused USI damages and, if so, in what amount?

        Answer: Yes_____  No_____

        Amount: _____

    c.  Did USI prove that Dean Anderson's breach of the 60-day notice provision in his USI Employment Agreement caused USI damages and, if so, in what amount?

        Answer: Yes_____  No_____

        Amount: _____

d.  Did USI prove that Dean Anderson's breach of the non-competition provision, Section 7.5, in his USI Employment Agreement caused USI damages and, if so, in what amount?

       Answer: Yes_____ No_____

       Amount: _____

e.  Did USI prove that Dean Anderson's breach of the non-competition of client accounts provision, Section 7.6, in his USI Employment Agreement caused USI damages and, if so, in what amount?

       Answer: Yes_____ No_____

       Amount: _____

f.  Did USI prove that Dean Anderson's breach of contractual duty of loyalty to USI caused USI damages and, if so, in what amount?

       Answer: Yes_____ No_____

       Amount: _____

g.  Did USI prove that Dean Anderson's breach of fiduciary duty to USI caused USI damages and, if so, in what amount?

       Answer: Yes_____ No_____

       Amount: _____

h.  <u>Total</u> amount awarded, if any, against Dean Anderson: _____.

4

3. Roger Maldonado

    a. Did USI prove that Roger Maldonado breached the non-solicitation provision, Section 4.5(a), in his Agreement with USI?

        Answer: Yes_____  No_____

    b. If you answered "yes" to Question 3.a, did USI prove that Roger Maldonado's breach of the non-solicitation provision caused USI damages, and if so, in what amount?

        Answer: Yes_____  No_____

        Amount: _____

    c. <u>Total</u> amount awarded, if any, against Roger Maldonado: _____.

4. Southeast Series of Lockton Companies (Lockton)

    a. Did USI prove that Lockton tortiously interfered with USI's contractual or business relations?

        Answer: Yes_____  No_____

    b. If you answered "yes" to Question 4.a, did USI prove that Lockton's tortious interference caused USI damages and, if so, in what amount?

        Answer: Yes_____  No_____

        Amount: _____

    c.  Did USI prove that Lockton that Lockton tortiously interfered with USI by raiding its Aviation Practice Group?

        Answer: Yes_____  No_____

    d.  If you answered "yes" to Question 4.c, did USI prove that Lockton's raiding caused USI damages, and if so, in what amount?

        Answer: Yes_____  No_____

        Amount: _____

    e.  <u>Total</u> amount awarded, if any, against Lockton: _____.

## USI's Claim to Attorneys' Fees and Expenses of Litigation

Only complete this section if you awarded some amount of damages to USI, above. You do not need to decide the amount of attorneys' fees and expenses of litigation at this time.

5.  Did USI prove that Taylor Anderson acted in bad faith, has been stubbornly litigious, or has caused the plaintiff unnecessary trouble and expense as relates to:

    a.  The breach of the 60-day notice provision: Yes\_\_\_\_ No\_\_\_\_

6

b.  The breach of the non-solicitation provision: Yes____ No____

c.  The breach of fiduciary duty/contractual duty of loyalty:

Yes____ No____

6.  Did USI prove that Dean Anderson acted in bad faith, has been stubbornly
litigious, or has caused the plaintiff unnecessary trouble and expense as
relates to:

a.  The breach of the 60-day notice provision: Yes____ No____

b.  The breach of the non-competition provision: Yes____ No____

c.  The breach of the client non-competition provision: Yes____ No____

d.  The breach of the non-solicitation provision: Yes____ No____

e.  The breach of fiduciary duty/contractual duty of loyalty:

Yes____ No____

7.  Did USI prove that Roger Maldonado acted in bad faith, has been stubbornly
litigious, or has caused the plaintiff unnecessary trouble and expense as
relates to:

a.  The breach of the non-solicitation provision: Yes____ No____

8.  Did USI prove that Lockton acted in bad faith, has been stubbornly litigious,

or has caused the plaintiff unnecessary trouble and expense as relates to:

   a.  The tortious interference with USI's contractual or business relations:

Yes_____ No_____

## USI's Claim to Punitive Damages

      Only complete this section if you awarded some amount of damages to USI at questions 1.e; 2.g; 4.b; or 4.d. You do not need to decide the amount of punitive damages at this time.

9.  Did USI prove by clear and convincing evidence that it is entitled to punitive damages from:

     a.  Taylor Anderson:  Yes_____        No_____

     b.  Dean Anderson:  Yes_____        No_____

     c.  Lockton:  Yes_____ No_____

10.For each of the following who you checked "Yes" to in #9.a. to #9.c. above, did any of the following act with specific intent to harm USI?

     a.  Taylor Anderson:  Yes_____        No_____

     b.  Dean Anderson:    Yes_____        No _____

     c.  Lockton:      Yes_____        No_____

## Lockton's Liability Claims

11.Did Lockton prove that USI tortiously interfered with Lockton's contractual

8

or business relations?

> Answer: Yes_____ No_____

a. If you answered "yes" to Question 11, did Lockton prove that USI's tortious interference caused Lockton damages and, if so, in what amount?

> Answer: Yes_____ No_____

> Amount: _____

## Lockton's Claim to Attorneys' Fees and Expenses of Litigation

Only complete this section if you awarded some amount of damages to Lockton at 11.a. You do not need to decide the amount of attorneys' fees and expenses of litigation at this time.

12. Did Lockton prove that USI acted in bad faith, has been stubbornly litigious, or has caused the Lockton unnecessary trouble and expense as relates to:

a. USI's tortious interference with Lockton's contractual or business relations? Yes_____ No_____

**<u>Lockton's Claim to Punitive Damages</u>**

Only complete this section if you awarded some amount of damages to Lockton at 11.a. You do not need to decide the amount of punitive damages at this time.

13. Did Lockton prove by clear and convincing evidence that it is entitled to punitive damages from USI?

   Answer:     Yes_____     No_____

14. If you checked "Yes" to Question 13 above, did USI act with specific intent to harm Lockton?

   Answer:     Yes_____     No_____

*You are finished. Please proceed to the last section of the Verdict Form titled "Finalize and Sign" and follow the instructions provided.*

## FINALIZE AND SIGN

Once you have been instructed that you have completed the Verdict Form and have been directed to the last page of this Verdict Form, the foreperson shall sign in the signature block provided below and alert the Court's Clerk that you have completed your deliberations.

DATED: May _____, 2023.

_____
Foreperson