IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMESON TAYLOR ANDERSON, ROBERT DEAN ANDERSON, and ROGER MALDONADO,<br><br>Plaintiffs,<br><br>v.<br><br>USI INSURANCE SERVICES LLC,<br><br>Defendant. | **CONSOLIDATED CASES**<br><br>Civil Action No.<br>1:19-cv-05582-VMC |
| USI INSURANCE SERVICES LLC,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHEAST SERIES OF LOCKTON COMPANIES, LLC,<br><br>Defendant. | Civil Action No.<br>1:20-cv-02490-VMC |

**ORDER OF REMITTITUR**

This matter is before the Court *sua sponte*. These consolidated cases came for a bifurcated trial before a jury beginning on May 2, 2023. After having found Jameson Taylor Anderson and Robert Dean Anderson (for the purpose of this Order, "Defendants") liable for punitive damages, the jury entered a verdict in the second phase of the trial determining Dean Anderson liable for $500,000 in punitive damages to USI and Taylor Anderson liable for $2,250,000 in punitive

damages to USI. The jury having declined to find that Defendants acted with specific intent to cause harm pursuant to O.C.G.A. § 51-12-5.1(f), the $250,000 cap on punitive damages pursuant to O.C.G.A. § 51-12-5.1(g) applies. Accordingly, it is

**ORDERED** that the jury's award of punitive damages is **REDUCED** to the following amounts:

    Taylor Anderson: $205,000

    Dean Anderson: $45,000

Judgment shall enter accordingly.

**SO ORDERED** this 22nd day of May, 2023.

_____
Victoria Marie Calvert
United States District Judge