IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMESON TAYLOR ANDERSON, ROBERT DEAN ANDERSON, and ROGER MALDONADO,<br><br>Plaintiffs,<br><br>v.<br><br>USI INSURANCE SERVICES LLC,<br><br>Defendant. | **CONSOLIDATED CASES**<br><br>Civil Action No.<br>1:19-cv-05582-VMC |
| USI INSURANCE SERVICES LLC,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHEAST SERIES OF LOCKTON COMPANIES, LLC,<br><br>Defendant. | Civil Action No.<br>1:20-cv-02490-VMC |

**JUDGMENT**

These consolidated cases came for a bifurcated trial before a jury beginning on May 2, 2023; and

the Court previously granted partial summary judgment as to liability in favor of USI Insurance Services LLC's ("USI") and against Jameson Taylor Anderson, Robert Dean Anderson, and Roger Maldonado (collectively, "Former Employees") on Counts One, Two, Three (as to Dean Anderson only), Five (as to

Dean and Taylor Anderson only), and Six (as to Dean and Taylor Anderson only) of USI's Counterclaim for breach of contract and breach of fiduciary duty and granting partial summary judgment against the Former Employees on their claims against USI (the remaining claims of which the Former Employees did not pursue at trial) in the 1:19-cv-05582-VMC case ("2019 case"); and

    the jury returned a verdict after phase one of the trial finding the Former Employees liable as to Count Four of USI's Counterclaim for breach of non-solicitation covenants in the 2019 case and not liable for attorney's fees, and finding Dean and Taylor Anderson liable for punitive damages; and

    the jury returned a verdict after phase one of the trial on finding Southeast Series of Lockton Companies, LLC ("Lockton") not liable for the sole pending count of USI Insurance Services LLC's ("USI") Complaint for tortious interference with contractual or business relations in the 1:20-cv-02490-VMC case ("2020 case") and not liable for attorney's fees; and

    the jury returned a verdict after phase one of the trial finding USI not liable for Lockton's Counterclaim, not liable for Lockton's attorney's fees, and not liable for punitive damages; and

    the jury determined USI was entitled to $2,500,000 in compensatory damages; and having allocated the damages to USI as follows:

    a. Taylor Anderson:    45%

    b. Dean Anderson:    10%

    c. Roger Maldonado:    20%

    d. Lockton:    25%

and

the Court granted judgment as a matter of law in favor of Lockton and against USI on USI's claim for punitive damages against Lockton in the 2020 Case; and

the jury determined Dean Anderson liable for $500,000 in punitive damages to USI and Taylor Anderson liable for $2,250,000 in punitive damages to USI; and

the Court ordered a remittitur of the punitive damages; it is therefore

**ORDERED AND ADJUDGED** that judgment is entered in favor of USI and against the Former Employees in the amounts that follows:

    a. Taylor Anderson:    $1,125,000 in compensatory damages and $205,000 in punitive damages; and

    b. Dean Anderson:    $250,000 in compensatory damages and $45,000 in punitive damages; and

    c. Roger Maldonado:    $500,000 in compensatory damages.

Moreover, judgment is entered in favor of USI and against the Former Employees on their claims against USI, the Former Employees shall take nothing on their

claims against USI, and the Former Employee's claims against USI are **DISMISSED WITH PREJUDICE.** It is

**FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of Lockton against USI on USI's claims against Lockton, USI shall take nothing on its claims against Lockton, and USI's claims against Lockton are **DISMISSED WITH PREJUDICE.** Moreover, judgment is entered in favor of USI and against Lockton on Lockton's Counterclaim against USI, Lockton shall take nothing on its claims against USI, and Lockton's claims against USI are **DISMISSED WITH PREJUDICE.**

The Former Employees shall bear the costs of the 2019 case. The parties shall each bear their own costs for the 2020 case.

**SO ORDERED** this 22nd day of May, 2023.

_____
Victoria Marie Calvert
United States District Judge