**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **JAMESON TAYLOR ANDERSON, ROBERT DEAN ANDERSON, and ROGER MALDONADO,** | **Civil Action File No.** |
| **Plaintiffs,** | |
| **v.** | **1:19-cv-05582-VMC** |
| **USI INSURANCE SERVICES LLC,** | |
| **Defendant.** | |

## WITHDRAWAL OF RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW [DOC. 458]

On June 20, 2023, Jameson Taylor Anderson, Robert Dean Anderson, and Roger Maldonado (the "Individual Defendants") filed a Renewed Motion for Judgment as a Matter of Law, or in the alternative, a Motion for a New Trial (the "JMOL Motion") in Civil Action No. 1:19-cv-05582-VMC. [Doc. 458] The Individual Defendants hereby withdraw the JMOL Motion.

1

Respectfully submitted this 30th day of June, 2023.

**HALL, GILLIGAN, ROBERTS & SHANLEVER LLP**

*/s/ Warren H. Hall, Jr.*
Warren H. Hall, Jr.
Georgia Bar No. 319405
Wayne M. Cartwright
Georgia Bar No. 257328
Kristina K. Griffin
Georgia Bar No. 808069
whall@hgrslaw.com
wcartwright@hgrslaw.com
kgriffin@hgrslaw.com

3340 Peachtree Road NE – Suite 1900
Atlanta, Georgia 30326-1082
T: (404) 442-8776
F: (866) 864-9612

*Attorneys for Taylor Anderson, Dean Anderson, and Roger Maldonado*

**CROWELL & MORING LLP**

*s/ Christopher J. Banks*
Christopher J. Banks, Admitted *Pro Hac Vice*
3 Embarcadero Center
26th Floor
San Francisco, CA 94111
cbanks@crowell.com
T: (415) 986-2800
F: (415) 986-2827

Astor H. L. Heaven, III Admitted *Pro Hac Vice*
1001 Pennsylvania Ave., N.W.
Floor 10
Washington, DC 20004
aheaven@crowell.com

Sigourney R. Haylock Admitted *Pro Hac Vice*
40th Floor
515 South Flower Street
Los Angeles, CA 90071
shaylock@crowell.com

*Attorneys for Taylor Anderson, Dean Anderson, and Roger Maldonado*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served a copy of the within and foregoing

**WITHDRAWAL OF RENEWED MOTION AS A MATTER OF LAW [DOC.**

**458]** upon all parties to this matter by electronically filing a copy of same with the

Court's CM/ECF system, which will automatically send an electronic copy to the

following counsel of record:

**Bradley Arant Boult Cummings LLP**
Nancy H. Baughan
Georgia Bar No. 042575
William J. Holley, II
Georgia Bar No. 362310
Julie A. Wood
Georgia Bar No. 023749
Anne Horn Baroody
Georgia Bar No. 745569
Promenade Tower
1230 Peachtree Street, NE
Atlanta, Georgia 30309
Telephone: 404-868-2100
nbaughan@bradley.com
bholley@bradley.com
jawood@bradley.com
abaroody@bradley.com

**Parker Hudson Rainer & Dobbs LLP**
Jared Miller, Esq.
303 Peachtree Street, NE
Suite 3600
Atlanta, GA 30308
jcm@phrd.com

This 30th day of June, 2023.

*/s/ Warren H. Hall, Jr.*
Warren H. Hall, Jr.