# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **JAMESON TAYLOR ANDERSON, ROBERT DEAN ANDERSON, and ROGER MALDONADO,**<br><br>Plaintiffs,<br><br>v.<br><br>**USI INSURANCE SERVICES LLC,**<br><br>Defendant. | <u>**CONSOLIDATED CASES PURSUANT TO FED. R. CIV. P. 42**</u><br><br>Civil Action File No.<br><br>1:19-cv-05582-VMC |
| **USI INSURANCE SERVICES LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**SOUTHEAST SERIES OF LOCKTON COMPANIES, LLC,**<br><br>Defendant. | Civil Action File No.<br><br>1:20-cv-02490-VMC |

### NOTICE OF SATISFACTION OF JUDGMENT AND STIPULATION OF PARTIES RELATING TO PAYMENT OF COSTS, WITHDRAWAL OF RULE 50(B) AND 59 MOTION, WITHDRAWAL OF NOTICE OF APPEAL, AND RELATED MATTERS

Jameson Taylor Anderson, Robert Dean Anderson, and Roger Maldonado (the "Former Employees"), USI Insurance Services LLC ("USI"), and Southeast Series of Lockton Companies, LLC ("Lockton") (collectively, the "Parties") agree and stipulate as follows:

1. On May 22, 2023, this Court entered a Judgment in this action in favor of USI on its claims against the Former Employees in the total combined amount of $2,125,000.00 (the "Judgment Amount"); in favor of Lockton as to USI's claims against it; and in favor of USI as to Lockton's claims against it. [Civil Action No. 1:19-cv-05582-VMC ("2019 Case"), Doc. 450, 1:20-cv-02490-VMC (the "2020 Case", Doc. 330]

2. In the Judgment, this Court stated that the "Former Employees shall bear the costs of the 2019 case." [*Id.*]

3. On June 16, 2023, USI filed in the 2019 Case a Bill of Costs and affidavit supporting the Bill of Costs seeking $90,283.08 in costs in this action (the "Total Costs"). [2019 Case, Doc. 457]

4. As a compromise and in an effort to resolve any dispute relating to the amount of the Total Costs sought by USI, the Parties have agreed that Lockton and/or the Former Employees would pay to USI costs in the amount of $45,141.54 (the "Compromised Costs").

5. On June 27, 2023, on behalf of the Former Employees, Lockton sent funds to USI in the amount of $2,170,141.54 constituting full and final satisfaction of the Judgment, including the Compromised Costs.

6. On June 30, 2023, USI filed a Notice of Withdrawal of its Bill of Costs. [2019 Doc. 460] The Parties agree and stipulate that the Bill of Costs [2019 Case, Doc. 457] has been satisfied.

7. On June 21, 2023, USI filed a Notice of Appeal in *USI Insurance Services LLC v. Southeast Series of Lockton Companies, LLC*, Civil Action No. 1:20-cv-02490-VMC (the "2020 Case").

8. Having received the payment referenced in paragraph 5, USI stipulates and agrees that its Notice of Appeal in the 2020 Case is hereby withdrawn. USI agrees to file a Motion to Dismiss Appeal With Prejudice in the United States Court of Appeals for the Eleventh Circuit (Case No. 23-12071) and Lockton agrees to consent to such Motion. The Parties agreed that USI and Lockton shall each bear their own fees and costs with regard to the appeal.

9. In consideration for USI's withdrawal of its appeal in the 2020 Case and USI's agreement to accept the Compromised Costs, Lockton agrees not to file a cross-appeal or otherwise pursue an appeal relating to the 2020 Case.

10. On June 20, 2023, the Former Employees filed a Renewed Motion for Judgment as a Matter of Law and for New Trial ("Rule 50(b) and 59 Motion"). [2019 Case, Doc. 458]

11. As consideration for USI's withdrawal of the Bill of Costs and the Notice of Appeal in the 2020 Case, on June 30, 2023, the Former Employees filed a Withdrawal of Renewed Motion for Judgment as a Matter of Law, withdrawing the Rule 50(b) and 59 Motion.

12. The Parties stipulate that neither USI nor the Former Employees shall file an appeal in the 2019 Case.

**SO STIPULATED**, this 30th day of June, 2023.

| **Bradley Arant Boult Cummings LLP** | **Hall, Gilligan, Roberts & Shanlever LLP** |
|---|---|
| */s/ Nancy H. Baughan* <br> Nancy H. Baughan <br> Georgia Bar No. 042575 <br> William J. Holley, II <br> Georgia Bar No. 362310 <br> Julie A. Wood <br> Georgia Bar No. 023749 <br> Anne Horn Baroody <br> Georgia Bar No. 745569 <br> Promenade Tower <br> 1230 Peachtree Street, NE <br> Atlanta, Georgia 30309 <br> Telephone: 404-868-2100 <br> nbaughan@bradley.com <br> bholley@bradley.com <br> jawood@bradley.com <br> abaroody@bradley.com | */s/ Warren H. Hall, Jr.* <br> Warren H. Hall, Jr. <br> Georgia Bar No. 319405 <br> Wayne M. Cartwright <br> Georgia Bar No. 257328 <br> Kristina K. Griffin <br> Georgia Bar No. 808069 <br> whall@hgrslaw.com <br> wcartwright@hgrslaw.com <br> kgriffin@hgrslaw.com <br> 3340 Peachtree Road NE – Suite 1900 <br> Atlanta, Georgia 30326-1082 <br> T: (404) 442-8776 <br> F: (866) 864-9612 |
| **Parker Hudson Rainer & Dobbs, LLP** | **Crowell & Moring LLP** |
| Jared C. Miller | */s/ Christopher J. Banks* <br> Christopher J. Banks, Admitted *Pro* |

| | |
|---|---|
| Georgia Bar No. 142219<br>303 Peachtree Street, N.E., Suite 3600<br>Atlanta, Georgia 30308<br>Telephone: 404-523-5300<br>Facsimile:  404-522-8409<br>jmiller@phrd.com<br><br>*Counsel for USI Insurance Services LLC* | *Hac Vice*<br>3 Embarcadero Center<br>26th Floor<br>San Francisco, CA 94111<br>cbanks@crowell.com<br>T: (415) 986-2800<br>F: (415) 986-2827<br><br>Astor H. L. Heaven, III Admitted *Pro Hac Vice*<br>1001 Pennsylvania Ave., N.W.<br>Floor 10<br>Washington, DC 20004<br>aheaven@crowell.com<br><br>Sigourney R. Haylock Admitted *Pro Hac Vice*<br>40th Floor<br>515 South Flower Street<br>Los Angeles, CA 90071<br>shaylock@crowell.com<br><br>*Counsel for Taylor Anderson, Dean Anderson, and Roger Maldonado* |
| | **Wargo & French LLP**<br>*/s/ David M. Pernini*<br>Joseph D. Wargo, Esq.<br>Georgia Bar No. 738764<br>David M. Pernini, Esq.<br>Georgia Bar No. 572399<br>Brandon Parrish, Esq.<br>Georgia Bar No. 388223<br>999 Peachtree Street, NE, 26th Floor<br>Atlanta, Georgia 30309<br>jwargo@wargofrench.com |

dpernini@wargofrench.com
bparrish@wfslaw.com

*Attorneys for Southeast Series of Lockton Companies, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **NOTICE OF SATISFACTION OF JUDGMENT AND STIPULATION OF PARTIES RELATING TO PAYMENT OF COSTS, WITHDRAWAL OF RULE 50(B) AND 59 MOTION, WITHDRAWAL OF NOTICE OF APPEAL, AND RELATED MATTERS** upon all parties to this matter by electronically filing a copy of same with the Court's CM/ECF system, which will automatically send an electronic copy to the following counsel of record:

| | |
|---|---|
| **BRADLEY ARANT BOULT CUMMINGS LLP** | **Crowell & Moring LLP** |
| Nancy H. Baughan, Esq.<br>Georgia Bar No. 042575<br>William J. Holley, II, Esq.<br>Georgia Bar No. 362310<br>Julie A. Wood, Esq.<br>Georgia Bar No. 023749<br>Anne Horn Baroody, Esq.<br>Georgia Bar No. 745569<br>Promenade Tower | Christopher J. Banks, Esq.<br>3 Embarcadero Center<br>26th Floor<br>San Francisco, CA 94111<br>cbanks@crowell.com<br><br>Astor H. L. Heaven, III, Esq.<br>1001 Pennsylvania Ave., N.W.<br>Floor 10<br>Washington, DC 20004 |

<div style="column: left">

1230 Peachtree Street, NE
Atlanta, Georgia 30309
Telephone: 404-868-2100
nbaughan@bradley.com
bholley@bradley.com
jawood@bradley.com
abaroody@bradley.com

**Wargo & French LLP**

Joseph D. Wargo, Esq.
David M. Pernini, Esq.
Brandon Parrish, Esq.
999 Peachtree Street, NE, 26th Floor
Atlanta, Georgia 30309
jwargo@wargofrench.com
dpernini@wargofrench.com
bparrish@wfslaw.com

</div>

<div style="column: right">

aheaven@crowell.com

Sigourney R. Haylock, Esq.
40th Floor
515 South Flower Street
Los Angeles, CA 90071
shaylock@crowell.com

**Parker Hudson Rainer & Dobbs LLP**

Jared Miller, Esq.
303 Peachtree Street, NE
Suite 3600
Atlanta, GA 30308
jcm@phrd.com

</div>

This 30th day of June, 2023.

*/s/ Warren H. Hall, Jr.*
Warren H. Hall, Jr.